# ⅢⅠMOTION.

October 8, 2024

To:   The Honorable Gregory F. Van Tatenhove
      United States District Judge
      US District Court
      313 John C. Watts Federal Building
      330 West Broadway
      Frankfort, KY 40601

From: Dean Donoho
      Account Rep Specialist
      Motion Industries
      3324 Gilmore Industrial Blvd
      Louisville, KY 40213

Dear Judge, Tatenhove,

Thank you for taking the time to read my letter concerning my relationship with Jeremy Harrell. I work for Motion Industries, a subsidiary of Genuine Parts Corporation, that owns both Motion Industries and NAPA Auto Parts. I have been with Motion for over 16 years and have held various positions, most notably, Branch Sales Manager for two of our large operations in Versailles and Carrollton, KY. I have recently accepted a new position in our company that I am calling my dream job, doing what I love to do best, serving others and helping them solve problems that create lost production hours and jeopardize their sustainability in a globally competitive manufacturing environment. When I am not taking care of my responsibilities to Motion, I lead our Ushers Team at Southeast Christian Church, Shelbyville, KY and volunteer at Awake Ministries where I serve meals and help teach a weekly bible study to the students. I have been married to my wife, Mary, for nearly 25 years and we have two wonderful daughters, Caitlyn (23) and Cassady (20) that we are very proud of.

I recently met Jeremy (and other men for the first time) at a small group, men's bible study at a mutual friend's house that we now attend every Thursday morning at 6:30 AM. Prior to this, I had almost no knowledge of the charges that were brought against him, other than what I read in an email from our study leader that he'd sent on August 18th (attached) with instructions on what we'd be discussing on our August 29th start date, along with a note that we were delaying one week so those who wanted to attend the beginning of Jeremys trial could, and also some prayer request for Jeremy and others who had loved ones suffering from various life events.

Since meeting Jeremy, I have reviewed the case against him and the subsequent guilty verdict handed down by the jury for theft of government benefits, namely, his unemployability disability payments that he had been receiving since 2011.

Your Honor, in the six weeks that I have gotten to know Jeremy, I know in my heart that there is absolutely no way that he would knowingly and intentionally receive benefits that he was not entitled too or do anything that would jeopardize those benefits that he earned and needs to provide for his family. For these past few weeks, I have sat at a table with he and other men who have shared stories about their lives and struggles, and no one at the table has shown more humility and demonstrated more grace than Jeremy. Not once has he said a negative or disparaging word about his circumstance, the crime that he has been convicted of, or the people that brought these allegations against him. What I have heard Jeremy talk about is how much he loves our country and felt so fortunate to have been able to serve and defend our great nation and its people. Jeremy has a deep love for God, his family, and serving others which lead him to his volunteerism with Veterans Affairs. As you are aware, Jeremy lost his ability to function in traditional "work" from serving our Country in the tours of war that he was exposed to, but found comfort and the day at a time healing that he needed from his volunteerism. Volunteering is a role that one isn't compensated for, it isn't a job or career, it's a calling to help others and that is precisely what Jeremy was doing with his time serving those at Veterans Affairs. He wasn't doing this to take advantage of his disability status, he was doing it to humbly aid and love others who have militarily served our country, or as a community first responder. Simply put, Jeremy was and continues to pay it forward to provide the basic needs of those who have selflessly given to this country and restore the dignity and respect that they deserve.

Your honor, on behalf of Jeremy and others like him, I humbly ask that you consider my thoughts about Jeremy when you must decide his sentencing and that you have leniency on him knowing that this man has served our country and its people, is a person on high morals and character who loves and respects everyone that he meets, has a family that adores him, and friends (some lifetime and some like me who have just met him) that know who he is and what he stands for. Jeremy is a good and honorable man.

With deepest respect,

Dean Donoho



*Life in Motion*
*Live. Life. Balanced*

www.LifeInMotionKentucky.com
502.444.Life (5433)
Client.Services@LifeInMotionKentucky.com

October 15, 2024

To Your Honorable Van Tatenhove

Re: Jeremy Harrell

Your Honor,

My name is Jason Smith.

I am a U.S. Army Veteran, and retired Louisville Metro Department of Corrections officer as well as co-owner of Life In Motion Counseling Services.

I first connected with Jeremy Harrell online, through the Veteran's Club Facebook page and was impressed by Jeremy's candor, sincerity and amazing ability to connect other veterans with resources throughout the Commonwealth.

Over the past six years, our company's partnership with Veteran's Club and personal friendship with Jeremy and his amazing family led us to the Equine Therapy program that has helped countless Veteran's open up and work through traumatic experiences they have had. We were present to provide additional support if needed.

Many of our war-fighters have returned from battle and have struggled to find peace or a sense of purpose upon their sacrifice to their Nation. Jeremy is no exception.
He is using his experiences to connect those in the community together through founding his non-profit organization.

I have personally seen the positive impact Jeremy has had in the lives of those both in the veteran as well as first responder community by tearing down the walls of compartmentalization and opening up lines of communication of those struggling with their mental health.
We have spoken countless times about how those in the veteran community have reached out to Jeremy in their darkest times and he has dropped everything to connect them with mental health professionals.

I have observed as Jeremy traveled to communities impacted by natural disasters as well as offered food, shelter and support in the homeless community.

I have witnessed as Jeremy has been active with members of the inmate population within Metro Corrections in changing their paths as well as providing them with hope and a new sense of direction.

I have witnessed Jeremy's vision which has led him to connect with other non-profit organizations across the nation to let others in the veteran/first responder community know they are not alone and connect them with resources within their communities.

Jeremy recently told me that he was found guilty by a jury in a trial on a theft of government funds related to his disability benefits.

Regardless of that finding, Jeremy's unwavering commitment to the veteran/first responder community, self sacrifice, and dedication are a testament to his character and love for his fellow man.

Because of the qualities exhibited by Jeremy and the friendship we have, I will continue to stand with him.

I respectfully request that Jeremy not be sentenced to a prison term, but allowed to continue his mission as an advocate and beacon of hope for the veteran/first responder community.

Thank you for your time regarding these matters.

Jason Smith
**Veteran & First Responder Liaison**
Jason.Smith@LifeInMotionKentucky.com
502.640.5271

To the Honorable Gregory Van Tatenhove, District Judge,

My name is Laura Boehm. I am a Detective with the Shelbyville Police Department and I am a 10-year Veteran with the U.S. Army Reserves. I have known Mr. Harrell for approximately 4 years. We first met in Shelbyville, when he was opening the Veteran's Village in town and got to know each other more through Veteran's Club activities as well as when he would attend church at Southeast Christian Shelby Campus.

I feel like I have a decent understanding of Mr. Harrell's case and the charges that he is facing. I attended part of the hearing and testified on his behalf. I was present when he was found guilty by the jury in the trial. I have been in several courtrooms during my career as a law enforcement officer and I can say without hesitation, this was the first time a verdict surprised me.

While 4 years is not a long period of time, I feel like I have a pretty good grasp of the person that Jeremy Harrell is. The passion and commitment that he has shown and continues to show for fellow Veterans on a daily basis is something that would be hard to fake. Jeremy is not physically or mentally capable of working what the general population of Americans would define as a "normal job". He hasn't been able to for a number of years and will most likely never be able to again, unless someone develops a cure for PTSD, anxiety and TBI. What Jeremy did, when he created Veteran's Club, was create a place for himself. He created a safe place where he could fellowship with people who knew what he had been through and shared his fears and disabilities. He created an atmosphere where he could help others who needed help and we could help him when he needed it. And he created a position within the Club where he could participate when he felt mentally capable but if it was a bad day, week or month, he had people in place that could stand in for him to handle events, interviews etc., to ensure the Club continued to thrive for the good of other Veterans. I don't know of any "normal job" that would continue to employ someone that called in on several occasions because they just couldn't get out of bed. I can't name one single company that would keep an employee that left in the middle of a shift, on several occasions, because they thought they were okay but got to work and decided they couldn't handle life today. Jeremy is not employable because of those reasons. He wears his disabilities as a badge of honor because he knew the

sacrifice he was making when he chose to serve this country. Jeremy's solution to his diagnoses was not to sit at home and collect a check. Jeremy solution was to help others while helping himself.

I stated before that I got to know Jeremy at church. I often work off-duty as a security officer for Southeast Christian Shelby Campus, where Jeremy and his wife attend. Most Sundays I would see his wife going into the service and he would sit in the lobby with me. Often, he would arrive at church with the intention of going into the service but once there, he would realize that he could not. The music is very loud, the sanctuary is dark and there are several hundred people that attend each service. That can be very triggering to someone with anxiety and PTSD. He told me that he usually felt more comfortable in the lobby with one of the officers because he didn't feel like he had to be hyper-vigilant, unlike in the sanctuary. While in the lobby we would discuss many things while we waited for the church service to conclude, mostly about Veteran's Club and Jeremy's fellowship at the jail in Louisville. I cannot tell you how many times I would tell him that I admired his compassion for people in need. I would often talk about how draining it could be to serve the community at times and Jeremy would always tell me that this was his calling. One thing he has told me, multiple times, was that when he was having a hard time providing for his family financially, he prayed about it. Jeremy always prays about everything. But he told God that if God provided Jeremy a way to provide for his family, Jeremy would find a way to help Veterans. Even in his darkest times, when he was struggling to make it to the next paycheck, to the next meal, to pay his bills, to support his family, he thought about us. He thought about his family and he thought about Veterans.

You Honor, the minute new Soldiers arrive at basic training there are a few things that we have to memorize. The Soldier's Creed, General Orders and the 7 core Army Values. We are given the acronym LDRSHIP to help us remember the values. They are as follows: Leadership, Duty, Respect, Selfless Service, Honor, Integrity and Personal Courage. While I have forgotten most of the Creed and General Orders I can tell you the Army Values in my sleep. It is something that is ingrained into our minds because without those 7 values you will not be successful in your career or in life. Jeremy Harrell possesses each and every one of these core values based off of everything that I know and have seen in the last 4 years. And while this entire situation has been terrible for him and his family, he still continues to maintain his honor and integrity. All while knowing

that this could potentially take away some of the freedoms that he fought so hard for others to have like his ability to vote and have firearms in his residence to protect those that he loves.

I appreciate your time and willingness to hear from those of us that have been positively affected by Jeremy's selflessness. He has been targeted for reasons we may never know but I can say with absolute certainty that there is no way that he intentionally or knowingly committed this crime. I pray that you consider this when you determine his sentence.



# SHELBYVILLE POLICE DEPARTMENT

303 Main Street
Shelbyville, Kentucky 40065
(502) 633-2326  (502) 647-9840  Fax

**The Honorable Gregory F. Van Tatenhove**
United States District Judge
US District Court

My name is Bruce W. Gentry and I am the current Chief of Police for Shelbyville Police Department as well as a retired Chief Warrant Officer 4 from the armed forces after 35 years of service, a member of the Veterans of Foreign Wars (VFW), Warrant Officer Association and the Veterans Club of Kentucky. I became involved in the Veterans Club several years ago when a former recruit of mine contacted me and threw the ideal of a club made up strictly of veterans to help veterans. I immediately agreed to join and watched as the club grew from an ideal into something that has directly impacted the everyday lives of Veterans.

I am sure that you know that we are all damaged in some way or another from our service to our communities and our country, either physically, emotionally, or mentally. We all deal with those traumas in different ways and move on with our lives as best we can. I know what gets me through the day and what I need to do to face the challenges that are presented to me as a police officer, veteran, father, and husband. I must admit that I do not know everything about Jeremy Harrell's case, nor do I wish to go into the facts, what I do want to do is tell you what I have seen as a member of the community where Jeremy lives.

We all talk about doing something for others, but when it becomes inconvenient the excuses start. Then we start planning what we can do to make life better for others, but then it becomes inconvenient and we stop. Then sometimes we get involved in something special and it means something and we forget about our problems and struggles and we throw ourselves into it to escape. I am sure you have seen where addicts will claim that they became addicts to forget or escape the pain of life. In this case, I have seen Jeremy throw himself into the Veterans Club to escape and forget, and help those of us that have struggled with our own pain without any thought for himself.

If he was trying to defraud someone, then I think he did a piss poor job at it by being as visible and active a member of the Veterans club as he did. I would have put another face in front of the club and stayed in the shadows, but that is not what he did.

It is rare that you see someone attack a purpose with such abandonment that they can forget about their own problems and focus on others. I have seen nothing but good come from his actions.



# SHELBYVILLE POLICE DEPARTMENT

303 Main Street
Shelbyville, Kentucky 40065
(502) 633-2326  (502) 647-9840  Fax

I appreciate the time you have taken to read this letter as you prepare for the sentencing phase of Jeremy's case.

Respectfully,

Bruce W. Gentry
**Chief of Police**

Christy Kenner
180 Bagdad Road
Shelbyville, KY 40065
502.319.0267

Honorable Gregory Van Tatenhove, District Judge

Allow me to introduce myself. My name is Christy Kenner. I wear many hats in Shelby County including co-founder of a nonprofit organization called 100 Women Who Care – Shelby County. It was in this capacity that I first met Jeremy Harrell. As I understand it, Jeremy is looking at prison time for his volunteer time at Veteran's Club. I understand outwardly what the charges suggest. I understand that Jeremy, being the face of VC was on the news and social media highlighting what many others in Veteran's Club did. I feel this exposure may have made him a target for investigation.

His organization, Veteran's Club was nominated for a chance to be the recipient of nearly $20,000 by our members. It is our practice to meet with nominees to ensure the nominated organization aligns with 100 Women Who Care's core principals. It was through this meeting that I learned of Jeremy's past and how Veteran's Club helped him and thousands of others in their struggles with PTSD among other things. He told me that without Veteran's Club, he would not be able to sit with me that day, bluntly, that he may not be alive. In that conversation, I found a friend and an ally that I knew had the best interest of his community at heart. He told me of his past and how he still faced daily struggles with PTSD and other remnants of his time in the Army. I saw the pain he was in both physically and mentally. But he pushed through, as he does most every day.

My deep understanding of PTSD through my work as a credentialed victim advocate, proves that individuals with PTSD do not present their disability as others do. They may be able to show up physically one week while not being able to leave the house, or even their bed the next. Individuals, especially veterans with PTSD, can hyperfocus on tasks such as helping others because see that as their mission, now that the missions they once served in Theater are long over. They may push past physical, psychological, and emotional pain to do the task at hand even to their detriment. I feel Jeremy puts others above himself nearly all the time, which is what brought him to the indictment and conviction. What I don't think the jury understood was Jeremy is not able to work a typical 9-5 job or schedule. He was able to volunteer with VC because he was

giving fellow veterans, and first responders help that was not found anywhere else. I also know the struggles of first responders as I am married to one and two of my children are first responders. My husband is a firefighter, my son is a firefighter/EMT, and my daughter is a paramedic. I work with many first responders daily who need help for PTSD and other vocation induced mental health issues, but traditional methods are not sought out for a variety of reasons. The services they need and use for their mental health exist because of Jeremy Harrel and those like him, who were failed by conventional methods, so they found their own way. I have attended the funeral of a first responder who took his life due to PTSD and undiagnosed mental health illness. It is something I never want to do again. Jeremy has personally gone to the side of individuals and stopped them from the same actions that took my friend.

I ask you to look at Jeremy as a whole person. He is one who has given of himself time after time. He joined the Army to better himself and do the right thing. When he came home broken in all the ways, he found his way back and started helping others who were also failed by the VA. Jeremy is a strong, proud man. Jeremy works through his daily struggles for the good of those around him. If Jeremy was told what he was doing was against policy, that is one thing. But he did not know what he was doing was wrong. He showed up, when he was able, and did the thing that helped him and countless others.

The battle in his mind and body are still there, as it will never be silenced. I ask he not be made an example of how the VA has yet again failed our veterans. I ask you to **not** send Jeremy Harrel to prison. I ask you to **not** make Jeremy Harrel pay back an insurmountable amount of money to the government. I ask you to look beyond the charges at the man and see what good he has done and could continue to do for his community. I ask you to allow Jeremy to continue to live his life with the freedom he fought and sacrificed his life for. Jeremy is a good man with a good family. His wife and children need their father home and whole.

I want to end by saying, my son is a Marine. I know when he came home from his time, he was not the same as he was when he left. I hope and pray that if past events surface that he can find the help of Veteran's Club for I know he will be in strong and capable hands. I humbly ask you allow Jeremy Harrel to remain a free man and able to help his fellow service members. Best Regards,

**Christy Kenner**

From: Barbara Allen
214 DuBois Road
New Paltz, NY 12561
(845)551-9484
barballen1994@gmail.com

September 19 2024

To: Honorable Gregory Van Tatenhove, District Judge
In Care Of:
Karl Truman
420 Wall St. Jeffersonville Indiana, 42718

Hello Judge Van Tatenhove,

My name is Barb Allen. I am writing to you in regard to Jeremy Harrell, whose case you recently heard in your courtroom, and whose future is now in your hands. I don't envy you the decisions you must make on a regular basis. I hope what I am about to share with you here is of some help to you in making this particular decision.

I understand Jeremy was convicted of theft of government funds (that are used to pay VA disability benefits). I do not know the potential sentence attached to such a conviction. But whether that is one hour in jail or 20 years in federal prison, it is my most sincere belief that one moment of any such sentence is more than someone like Jeremy deserves. More importantly, it is more than any veteran who has served our country and given so much of himself to continue serving military families deserves.

I say this from the bottom of my heart not just as someone who has had the pleasure of knowing Jeremy, but as a Gold Star Wife and a former Veterans Services Officer. I have never raised my right hand and sworn that oath. I have not put my own life on the line for our country and I have not served as many have; But I have suffered the price of service. My four boys I raised without their dad have paid that price, as did my husband. The integrity and well-being of our military, veterans, and their families is deeply personal for me.

I have also counseled numerous veterans and their families on their claims for VA Disability Benefits. So on a professional level I understand the benefits Jeremy was in receipt of.

Finally, I am a lifelong horse lover. I once volunteered at a program offering therapeutic horseback riding for children. I work with a nonprofit that assists with the funding for local veterans receiving such services. I know full well the extraordinary therapeutic benefits of these programs.

It was the impact of my life experiences that inspired me to seek out and share stories of inspirational Americans on my podcast, American Snippets, some years ago. My network overlapped with Jeremy's and I found his story online. It was my privilege to interview him and share his story, as well as to recommend his organization both to military families and potential donors. Jeremy's story is included in one of my books, as well.

It has been just over 19 years since my husband, Lt Louis Allen, died in Iraq. I've been both blessed to encounter people who have stepped forward to support families like mine, and saddened to see some who have stepped forward to use us for their own glorification or personal/professional agendas. Jeremy is one of the good guys, Sir. He is more than the charges a jury convicted him of. Even when speaking with him through this, he continues to express his concerns for veterans and military families, his love of country, and his desire to help.

There is more I could add to this - much more. But I expect you will receive many letters in addition to mine, and want you to have time to read them all.

Thank you for taking the time to read this and all the letters I know you will receive. I will keep you in my prayers, that you see the true heart of Jeremy Harrell and render a decision that is in keeping with what I know the justice system is meant to be. Please allow Jeremy to remain in his community and with his family.

Sincerely,
Barb Allen

To: Honorable Gregory Van Tatenhove

District Judge

From: Adriane Ramos

4117 Emma Lou Drive

Floyds Knobs IN. 47119

(502) 271-9167

I am writing this letter in reference to Mr. Jeremy Harrel.

My name is Adriane Ramos and I am a United States Air Force Veteran, I served from March 1985-1989 as Law Enforcement Specialist. I am also a First Responder, I work for the Louisville Fire Department as a Sergeant on Engine 1 Company and Hazardous Materials Response Company 1. I have been on this department for 15 ½ yrs. I have known Jeremy going on 3 years now. I met Jeremy at an event that was held by the Veterans Club. On that day, I was volunteering for them loading donated items to be taken to an area that was devastated by a natural disaster.

I have been out of the service for 35 years now and it took all of 32 years to find an organization that supports and embraces veterans and first responders like the Veterans Club does. They provide so many resources for individuals that NEED the support. I am currently involved with the Equine Therapy Program that Jeremy initiated for us. The program is available to us free of charge and has helped me cope with Mental Health issues I have with both First responder and Military life.

I brought an Army Veteran friend of mine that was contemplating suicide to the Club HQ'S and I honestly cannot recall if he spoke with Corey or Jeremy or both that day, but what I can tell you is that being able to talk to individuals with some of the same issues has helped my friend. After that visit, he checked himself into a rehab and he has since been released. My friend is not 100% yet but I feel that he knows where to come when and if he has some troubling thoughts.

When I found out that Jeremy was being accused of Theft of Government Funds for receiving Disability Payments (I am pretty sure that's the gist of it). I was taken aback. In my opinion, there is NO way on GODs green earth that he would defraud the government. He is a giving man, of his time and shared resources. I believe that had he not started the Veterans Club out of necessity for his own mental health and survivability, there would be many different stories told here. I thought for the longest that Corey Bowling was the person that started this amazing club because he was always the go to guy. I later found out, after getting more involved with the club that Jeremy was the person that started the club. Jeremy would make short appearances at some of the events, I wondered why we didn't see him as often as Corey. I don't know a whole lot about Jeremy's personal demons but what I do know is that Jeremy and his club has been a God send for many of us who have been on the frontlines.



**Rebekah Lynn Dow**
620 Malcolm Ave
Louisville, KY 40223

September 21, 2024

# To the Honorable Gregory Van Tatenhove, District Judge,

My name is Rebekah Dow. I am the founder of CloudWatcher Studios, and I have the privilege of knowing Jeremy Harrell for about 4 years, having met him through my service as a former photojournalist with WLKY-TV. Upon hearing the regrettable conclusion of the case surrounding charges of theft of government funds related to his disability benefits, I humbly submit my testimony, experience with, and admiration of Jeremy, and all he has done for his community.

Following my assignment covering his work with the Veteran's Club of Louisville, I quickly assessed Mr. Harrell to be the "real deal". By definition of "Real Deal" I mean to define it (not exhaustively) as follows:

- Reflects the character and nature of Jesus Christ through love, service, and compassion for others.
- Operates in excellence.
- Genuinely and passionately seeks solutions with urgency.
- Humble and Self-sacrificing.
- Walks – the – talk.

Immediately I recognized a light inside of Jeremy. Mr. Harrell struck me as the type of individual that God was using as an agent of good. We found common ground on our mutual concern over veteran mental health and shared faith in Jesus Christ of Nazareth. I was overjoyed to hear that the organization of "Veteran's Club" had Christ-led leadership in Jeremy. I knew things would get done under his watch because I saw the confidence, conviction and purpose Jeremy embodied. I observed that people in his organization were not only honored to do the work for their community; but they were also motivated by the hard working, dedicated spirit and energy that Jeremy possesses. There's a distinguished 'presence' in a person who's been to Hell and back; who's wrestled with God, and who has survived by surrendering to Jehovah Elohim.

Indeed, Jeremy Harrell was - and is - the real deal.

During the pandemic, Mr. Harrell reached out to procure my videography skills to assist in creating a segment for CBN's spotlight showcase. Most production studios had to suspend production services to comply with newly forming COVID protocols, and they wanted to outsource the work through freelancers. I am blessed that Jeremy remembered me and gave me the opportunity to serve God through my gifts and be of service in sharing his encouraging story of survival to millions. Mr. Harrell was gracious, trusting, open, and vulnerable and the experience made me extremely proud to call him my friend.

A year or more later, I approached Mr. Harrell to consider taping during his successful attempt of the 75 Hard challenge. Jeremy demonstrated a leadership level throughout the grueling process that was deeply inspiring. His grit, determination, fortitude, focus, and loyalty to his goal was something I knew was rarely seen in most people, and I was blessed to occasionally have a front row seat in witnessing how it's done. Jeremy also opened up his closet, and from that, my son was able to dress appropriately for his position as a clerk with the Hampton Inn. We did not have the money to make a purchase of new clothes, and Jeremy graciously gave us ~ literally ~ the shirts off his back, and dinner to boot. Knowing that he had overcome COVID (I believe twice, if I'm not mistaken) during the 75 Hard challenge is simply one of the most admirable things I have heard of. My intent for that project was to highlight the power of Christ during suffering; and every time Mr. Harrell and I spoke during his journey, the suffering was real; but so was the joy and the vulnerability, the trust, and the servant's heart to help suffering people have hope. In Jeremy's world, there's far too much suffering that most have become apathetic and cavalier about; but Jeremy takes on that duty with grace and honor.

On a deeper level: I feel that God allowed my path to cross with greatness like Jeremy Harrell in my lifetime because as a light, I am compelled to bear witness to others who are light in the darkness. Like so many who have experience in overcoming PTSD and trauma, I have found in Jeremy a leader who goes above and beyond the norm to demonstrate the love, compassion, and servanthood of Jesus - Who clothes the needy, who is a voice for those too afraid to speak, who suffers to show that everyone has pain that must be endured; but it can be overcome with the help of someone greater than yourself.

Myself, my family, the city of Louisville, state of Kentucky, and nation are in debt to his service; both on and off the battlefield. I am confident that regardless of the obstacles that may be faced in the temporary, Mr. Harrell's leadership and presence will continue changing the world for the better.

**Sincerely**

Rebekah Lynn Dow

Rebekah Lynn Dow
Founder | Servant Leader
CloudWatcher Studios

October 1, 2024

Honorable Gregory Van Tatenhove
District Judge

Dear Judge Tatenhove:
Jeremy Harrell is a good man and deserves our paise and respect.
My name is John Bishop. I am retired Vice President formerly with Eberspaecher Climate Controls North America. I had the pleasure of meeting Jeremy approximately 5 years ago. I and two other Marines were conducting fundraising raffles for the Marine League #729 in Louisville to support VETERANS IN NEED. We evaluated a variety of veterans support groups to see where our money would be best utilized in support of veterans. Veterans Club managed by Jeremy Harrell became our primary charity. I personally visited their efforts in Maysville, KY and was very impressed with his efforts made in support of citizens who were displaced. Also, they would keep a log each time they gave a veteran a "hand up" financially. They used cash cards for food, clothes, lodging, etc. and would make the log available to us monthly for our review. It became very apparent to us our donations were being used properly. We then approached Veterans Club and conducted the same type of raffles in their name with all proceeds going to them. I was complimented be an executive of the Kentucky Gaming Commission for the percentage of income that actually went to its intended use and not for expenses.
I have been involved in some of the activities of Veterans Club and have had conversations with Veterans who he has helped. It is obvious to me he has prevented suicides by giving these veterans a place to go and discuss their issues.
I have a basic understanding of the charges and the fact he has been found guilty. I attended 3 days of the trial and watched most of the prosecution's witnesses attest to his work ethics and drive to help veterans in need. It is hard to digest that he may be penalized for "volunteering too much." I would hope that fairness and justice favor Jeremy and he not be penalized for his unselfish efforts.
Many of us ask GOD to help our brother Jeremy Harrell. As I said in my initial comment, Jeremy Harrell is a good man and deserves our paise and respect.

John Bishop-signature

John Bishop
PO Box 597
Prospect, KY 40059

From: Travis Stoufer travis.stoufer@yahoo.com
Subject: Letter for character reference
Date: Sep 18, 2024 at 23:28:59
To: Jeremy Harrell jeremyharrell81@yahoo.com

Subject: Character Reference Letter for Jeremy Harrell

Dear Honorable Judge,

I am writing to wholeheartedly recommend Jeremy Harrell for any opportunities or concessions that may come his way. I have known Jeremy since 2018, and in that time, I have witnessed firsthand his unwavering dedication to helping others, particularly fellow veterans who, like him, are facing the challenges of post-traumatic stress disorder. He has violated nothing in regards to the department of Veterans Affairs and the policies they provide to assist, protect and defend the veterans of the United States of America. They have failed in several categories and in those categories within the regional area that Jeremy lives in his stepped up to the plate, not worth substantial game full employment by the department of veterans affairs. by joining those veterans giving them a voice otherwise is silent. That has helped him psychologically physiologically, spiritually, and is also promoted by every mental health professional within the department of Veteran affairs.

Jeremy's commitment to supporting and assisting his fellow veterans is truly inspiring. Through his involvement with equine

Harrell. Please feel free to reach out if you require any further information or clarification. 816-602-0095

Best regards your Honor,

Travis Stoufer

Honorable Judge Tatenhove,

My name is Kimberly T. Kelly. I am a retired member of the United States Navy and currently employed by the Department of Veteran Affairs, as an Authorization Quality Review Specialist (AQRS- GS-12). I have had the pleasure of knowing Jeremy Harrell since June of 2023. I met him during one of the Woman Warrior- Equine Facilitating Mentoring sessions that the Veterans Club was hosting. It wasn't long after I found this amazing group, that I learned about Jeremy's case. At first, I was in complete shock. In my entire time at the Department of Veteran Affairs, I had never seen anyone federally indicted for fraud due to creating a non-profit program and volunteering with that organization. I learned Jeremy was in receipt of Unemployability (IU) benefits and due to him being in receipt of these benefits, the government was accusing him of fraud and theft of government funds, based on the fact that he was the "CEO" of the Veteran's club and was active with this organization.

I reviewed the form (VA Form 21-8940) that a veteran would submit when applying for the IU benefits, and nowhere does it now (or previously state), that a veteran would be precluded from volunteering, creating a non-profit, conducting interviews or even making podcasts and if they did, they would lose their benefits. I read the M21-1 Manual that contains the information regarding eligibility, definition and granting IU benefits, as well as the code of federal regulations and could not find where anything that Jeremy was doing would cause him to lose his IU benefits or meet the definition of fraud. Even on the form that is used to verify that the veteran is still not "gainfully employed" (VA Form 21-4140) does not collect information about how many hours are spent volunteering.

I also looked at what the Department of Veteran Affairs defined as "Components of inability to secure gainful occupation" as well as their definition of "gainful employment". The *inability to secure or follow a substantially gainful occupation*, as defined in 38 CFR 4.16(b), hinges on two components:

1. economic, as discussed in M21-1 VIII, Subpart iv, 3.A.2, and

2. non-economic, as discussed in M21-1, Part VIII, Subpart iv, 3.A.3.

- The economic component of an IU determination is based on a decision about the wages an individual is capable of earning.

- The non-economic component of an IU determination is based on factors contributing to a Veteran's abilities and inabilities.

- *Substantially gainful employment* is defined as employment at which non-disabled individuals earn their livelihood with earnings comparable to the particular occupation in the community where the Veteran resides. It suggests a living wage.

Substantially gainful employment is competitive (not protected) employment, and with earnings exceeding the amount established by the U.S. Department of Commerce, U.S. Census Bureau, as the poverty threshold for one person.

In determining whether a Veteran can secure and follow a substantially gainful occupation, *attention must be given to whether the Veteran has the ability to perform the type of activities required by the occupation at issue*.

- An occupation is defined as "An activity that serves as one's regular source of livelihood; a vocation."

- Livelihood is defined as "Subsistence or living, as dependent on some means of support; the means for support of life; maintenance".

Jeremy's involvement with the Veteran's club was meant to be a source of therapy for not only himself but others who were suffering from similar circumstances and not a means of substantial support in which he was earning a living wage to support himself or his family. He gave his time freely, helping others, advocating for others and creating a safe environment. Yes, Jeremy is the founder and CEO of Veteran's club, but his title and position in no way meets the same as a CEO of a corporation such as Wal-mart. During the trial the title of "CEO" was thrown around like wild fire, trying to portray Jeremy's title as something bigger than it really is. He does not earn a wage; he does not profit from or receive any benefits from the Veteran's Club. He created the non-profit organization, and volunteers his time to be with like minded people that can relate to some of the same disabilities that Jeremy suffers from. He spent numerous hours dedicated to making this program what it is today, most times from his home, in the middle of the night when he was not able to sleep. He didn't punch a time clock, he spent what time he had dedicated to something that gave him drive and purpose. To him, this was not employment, but a calling to continue to serve God's purpose and to help others. To hear he was guilty of deception,

theft or fraud against the country he stepped up to protect was truly heartbreaking.

I too suffer from PTSD and other mental health conditions due to my 20 years in the military. Before COVID, I attended mental health appointments in person and had a pretty solid support system in place. Once COVID hit, it made obtaining and attending these support programs almost impossible. Mental health appointments were conducted over the phone, and for the best part of 2 years, I spent in insolation, at home and with very little human interaction. It was a death sentence for me, someone who was dealing with mental heath issues. I can only imagine that Jeremy was feeling similar effects. When the restrictions started lifting, I sought out the programs I used in the past only to find most of them no longer were in existence, or were not providing that "in person" experience.

When I heard about Veterans Club INC and attended my first session with the woman warriors' group, I knew I found exactly what I needed. Prior to them, I struggled with thoughts of suicide and normal day to day activities. The Veteran's club gave hope that I was not alone in my suffering. It gave me promise that there was program still available that truly had healing and support at heart, and allowed me to spend time with "like minded" people who shared similar experiences and who could understand, relate, and help me overcome my struggles. Again, I can only imagine that Jeremy felt the same benefits as well. Simply put, time spent with Jeremy and the members of the Veterans Club INC was therapeutic.

It is my hope and prayer, that you take into consideration what I have shared with you today when it comes time for you to weigh all of the components of Jeremy's trial at sentencing. Thank you for your time and your consideration.


Sincerely,

Kimberly T. Kelly

October 12, 2024

Honorable Jude Gregory Van Tatenhove,
District Judge

 My name is Peggy Townsend.  For the past 30 years I have volunteered with the
Kentucky Co-Operative Extension Service in Oldham County Kentucky.  I have
served in many capacities in the county, Louisville area, and state as a Kentucky
Extension Homemaker Vice President for Public Policy.  I have traveled Kentucky
training volunteers to make a difference in their communities. I am "Aunt Peggy"
to Erin and Jeremy Harrell. I met Jeremy 7 years ago when he married Erin. I was
impressed from the first time I met him by his compassion for others in need.
Jeremy has a very special gift of matching needs to resources to help others.
 Jeremy was recently found guilty by a jury in a trial of theft of government funds
related to his disability benefits.
 I feel very fortunate to know Jeremy. He has so many attributes it is hard to name
them all. Top of my list is his compassion for fellowman. He is a nationally known
first responder. He went to Western Kentucky when the tornado struck and then to
Eastern Kentucky when it was ravaged by flood waters. Recently, he was begged
to go to North Carolina when hurricane Helene came through, but had to decline
because of a court order.
Jeremy is a visionary. He sees the larger picture in solving crisis making a better
way of life for those in need.  He has worked with the homeless, veterans of many
wars, and fought for our freedoms as Americans.
 Jeremy has a gift for net-working. He matches resources with needs and is a
master at involving others to get the mission accomplished.
 Jeremy has rebuilt his life after the war injuries he sustained to assist others in
need to the best of his abilities. He is a selfless individual who reaches out to serve
others mentally and physically whether it be through animal therapies, housing
issues or simply dealing with everyday life.  He has gone above and beyond the
call of duty out of compassion for others in need. He has helped others through
their struggles. He has helped save lives through counselling veterans in crisis.
 I am proud to call Jeremy my nephew. The world is a better place because he
personally cares for others. His compassion leaves me wrapped in love, because I
know he cares deeply for those who struggle, as he does.
 I find it revolting that my government has brought this suit against a person who
has given so much to fighting for freedom and is now totally disabled from a war
injury. Jeremy has tried hard to put meaning back into life after serving our country
and coming home injured for life.
 Jeremy uses his head for clearer thinking, heart for greater loyalty, hands for larger
service and health to better living for his community and world.

If I were having a crisis, I would want a friend like Jeremy to walk beside me
through it.
Thank you for allowing me to witness to Jeremy's character.


Respectfully,
Peggy Davis Townsend
5001 Creek Circle
Prospect, Kentucky 40059

October 13, 2024

Honorable Gregory Van Tatenhove,

I am writing a letter in support of Jeremy Harrell. I am a physician, a medical director, and most importantly Erin's Harrell's first cousin. I met Jeremy after he married Erin in 2017. What impressed me most about Jeremy is the change he brought about in Erin by bringing her to a personal relationship with Christ. In marrying Jeremy, Erin partnered with him to be a servant to others. The main focus of their service is to veterans who are struggling with addiction, lack of housing, and mental health issues. It is this desire to help others that brought Jeremy to start the non-profit veterans club.

I understand that Jeremy was found guilty of fraud by a jury in August 2024. He was collecting disability while he was running a non-profit organization to help veterans. He never took any money from the non-profit for personal use because that is what he felt was the right thing to do. He wanted the money raised to go to helping the struggling veterans. His intent was only for good. Continuing to collect disability while working with the non-profit was never to defraud the government. He had a letter stating he was permanently disabled. Knowing Jeremy, he would have notified the government if he understood that the work he did disqualified him from receiving disability. He is a rule follower at heart. I find it disappointing that the regulations were not made more clear to Jeremy, and that his lack of understanding has resulted in such a strong verdict. He fought for his country, was injured during his time in the military, and we should be honoring him for the work he did for us. I am heartbroken for Jeremy and his family with this verdict. In my opinion, the punishment of a felony judgement is greater than the crime. I pray that you will consider Jeremy's intent to do good while determining his sentencing.

Jeremy has a heart for Christ and a desire to help others. What I find most amazing, is Jeremy's desire to continue to work in helping others since the trial. Jeremy continues to lean on Christ and continues to serve others.

Thank you for your time,


Tonia Reid MD



*Life in Motion*
*Live. Life. Balanced*

www.LifeInMotionKentucky.com
502.444.Life (5433)
Client.Services@LifeInMotionKentucky.com

October 15, 2024

To Your Honorable Van Tatenhove

Re: Jeremy Harrell

**Good day your Honorable Van Tatenhove,**

My name is Melissa Smith and I am a licensed marriage and family therapist (LMFT) in Kentucky. I am also a Kentucky state approved supervisor, an American Association of Marriage and Family Therapy (AAMFT) approved supervisor, where I can supervise any associate working towards MFT licensure around the world, and a student supervisor for Campbellsville University (Louisville campus).

I am the founder, co-owner, and Operation Director for Life In Motion Counseling Services where we work specifically with high trauma clients such as first responders, veterans and current military personnel. My background provides me with the clinical experience to speak to you today about my dear friend Jeremy Harrell and his mental health.

I have known Jeremy Harrell personally for over 6 years. I met him during a group he was holding for veterans and their spouses. After the group we

had several occasions to work together to incorporate mental health and the veteran population. I loved what he is doing with the Veteran's Club and a partnership was formed to assist my current clients that are veterans, first responders and their families.

I am aware that Jeremy has been found guilty for theft of government funds related to his disability benefits. Although I disagree with the finding, I am writing this letter to tell you what type of person Jeremy Harrell is and how he has assisted others often by putting his own needs aside.

Jeremy is a man of faith, compassion, love, integrity, and has such a genuine passion for veterans and first responders. It is through this passion that my husband and I really got to know Jeremy and what is in his heart.

I have witnessed Jeremy and his own struggle with his mental health. He often felt like veterans, such as himself, were not advocated for enough and he worked hard to find his own voice. Finding his own voice while serving others assisted him in his own mental health recovery. Becoming an advocate for others meant he had to learn how to advocate for himself.

I have seen him reach the masses with his story and how that story has changed and impacted lives. His story has saved lives and he does it not for the glory but for his fellow brothers and sisters that have sacrificed so much for this country.

I have personally had multiple conversations with Jeremy regarding his past traumas and how this has affected him and his family. Once he goes through a struggle he comes out of his own experience and sets his sights on others that feel the same despair.

I have watched Jeremy when he feels like he has failed to reach someone and how he takes that personally. He is definitely "mission oriented" and will do whatever it takes to complete his mission. For Jeremy the mission is to save the lives of veterans and first responders and to not allow them to suffer alone in isolation like he has in the past.

Isolation is a battle that Jeremy has struggled with since leaving the military. I have been honored to assist Jeremy in working on not isolating himself and to turn that strong desire to isolate into an opportunity to reach others that isolate themselves. This has been very uncomfortable for him. When he does anything that involves other people he will often isolate immediately afterwards to recuperate. As part of his support system, we often have to give him his space but then not allow him too much space because isolation is his comfort zone and then through isolation comes the suicidal thoughts.

Jeremy also understands the suicidal ideation of veterans and first responders because he often struggles with this himself. The reason he is alive is because of his mission to save lives and not have other veterans suffer with suicidal thoughts.

I recall a time when a veteran walked into the Veterans Club and stated he was going to kill himself. Jeremy was able to talk that veteran down. Jeremy then reached out to me to ask me to get this veteran into counseling immediately. He was able to form a verbal contract with the veteran that he was not going to harm himself and that he was going to attend counseling. I got on the phone with the veteran and assessed the situation and was able to get the veteran paired with one of my therapists that is also a veteran. That client is still with us today and is no longer struggling with suicidal ideation but is a thriving member of the community giving back to others. This is just ONE example of the bridge Jeremy has been able to gap between veterans and lack of mental health care.

Your Honor, I could fill this letter with example after example of the men and women that Jeremy has led to get mental health care and save lives but the reason I write this letter is to ask you to please not incarcerate Jeremy. I am asking for the lightest sentence that you can issue. This man has not broken the law with intention in his heart. The intention was, and always will be, to serve those suffering. He cannot do that from a prison cell nor does this man deserve to be incarcerated. Incarceration would be another traumatic experience

He has a wonderful family that is struggling due to this trial and he has had his own mental health struggles that he still fights today. I personally and professionally stand behind this man and all that he has built and I will be there with this man moving forward regardless of being found guilty.

Thank you for giving me the opportunity to speak on behalf of Jeremy and thank you for reading this letter.


*Melissa Smith* MSC, LMFT, EMDR(T), CFRC

*Founder, Co-Owner, Director of Operations*

*MelissaSmith@LifeInMotionKentucky.com*

*www.LifeInMotionKentucky.com*

*502.438.6460 (Cell)*

Honorable Gregory Van Tatenhove, District Judge,

I am currently a Pastor at the Southeast Shelby County Campus where Jeremy and his family attends. I first met Jeremy in 2019 at a Men's Gathering. We have grown as Brothers in Christ over the years. Shared many meals, conversations and our passions for the Lord. I am incredibly grateful to know Jeremy and have him in my corner as a Pastor. The type of people that a Pastor can trust are extremely limited. I have been a Pastor for 33 years and consider Jeremy someone that I can go to for any reason and he will both listen and love me through whatever I'm processing. That's rare!

I am aware of the charges that Jeremy has been facing and I have personally been journeying with him through prayer and Pastoral support. I am also aware that he has been found guilty by a jury of the charges that he faced.

From day one, I found Jeremy to be authentic and passionate about people finding and following Jesus. I have observed him caring for men in their distress and their families. His selfless devotion to seeing people overcome areas of life that have devested them is inspiring. He himself, has overcome so much adversity. And yet he continues to honor God and trust him with all his strength. Even in his week moments, of facing such a difficult situation, he has turned to the Lord over and over for guidance and direction.

I remember a time when Jeremy met me at the church with a veteran and his family. This specific veteran was very broken mentally, emotionally, spiritually and physically. As a result of this man's service to our country and the lasting effects of that service, he was rendered a very broken man. Through Jeremy's love and concern, this man began to change. I could see it in his families eyes. I met his wife and children at the church that day. And as we spoke, Jeremy shared Christ with him and the man accepted Jesus as his Lord and Savior. We were able to baptize him in front of his wife and children. I will forever remember the massive grin on his son's face as his Daddy was getting baptized. What an incredible testimony of my friends life and character. Without Jeremy's concern, this man would loose more than his mental and physical health. He would have lost

his eternal soul. I am grateful that Jeremy never gave up on him!

I have seen the darker sides of humanity. As a Pastor I meet people in extremely difficult situations. Some are due to their own choices and some are due to the choices of others. Regardless, I have peered into the human heart and seen the evidence of godly character verse selfish ambitions. I can clearly testify to the fact that my friend Jeremy has a pure heart that is devoted to King Jesus. His motives were never for himself. He gave so much to people in need that it inspired a veteran Pastor like myself.

Judge, I appeal to your side of mercy. I understand that Jeremy has been found guilty by a jury of men in women. I understand that there are consequences. I am pleading for kindness to be shown to my Brother Jeremy. I have met so many people over the years. I have sat with them and seen their hearts fully exposed before me. Some have beautiful hearts filled with pure motives, while others are consumed with filling their own egos with advantages that destroy others. I can affirm, that Jeremy has motives born of a personal transformative relationship with Jesus. That apart from Jesus, he could do no good. But with Jesus, he as surrendered his rights and walks in full confidence of the One who saved his eternal soul. In this moment, I am asking for you to show Jeremy mercy and favor. He has loved people so well and I am asking, respectfully, for the same thing in return for him.

Thank you so much for serving our society with justice. I greatly appreciate the time you have given to reading this letter.

Sincerely,
Bryan Elliott
Pastor Southeast Christian Church Shelby County Campus


# OLDHAM COUNTY DETENTION CENTER
### 502.222.3500 • FAX 502.222.3510

To the Honorable Judge Van Tatenhove:

My name is Jeff Tindall and I am the Oldham County Detention Center jailer. I'm writing to you today on behalf of Jeremy Harrell. I have known Jeremy since 2019 due to the involvement with mentorship programs and veterans' assistance in jails and Kentucky Veterans Club. In 2019, a friend of mine who I served in Middle East with during Operation Iraqi Freedom was having a crisis that many veterans face with PTSD. When this soldier and friend reached out to me with thoughts of suicide and just the struggle from the many deployments he endured, I only knew of one person for him to contact and that was Mr. Harrell with the Ky Veterans Club. Although I didn't know Jeremy at the time, I had many soldiers/friends who believed in him and the Equine Therapy that Ky Veterans Club offered. Due to this program, it helped my friend deal with his PTSD issues and to this day he has given him HOPE.

As a member of the Kentucky Veterans Club and a jailer in this state who believes in giving people hope, compassion and another chance I followed Jeremy's case closely. He was found guilty by a jury for theft of government funds due to his disability that was granted by Veterans Affairs.

As a servant myself who tries to deliver hope to those veterans and those incarcerated, I looked at Jeremy as a mentor. Being a retired veteran of 26 years in the Army and a deputy jailer for 25 years and jailer for 2, my story is not much different than any other veterans. I reached out to Jeremy in 2019 and told him I believe in what he is doing, never once thinking he was doing something illegal. I deal with criminals everyday and outside of jail do not associate myself with criminals other than trying to help them find hope and the Lord. Jeremy changed my friend's life; the club has over 10k followers, and he has inspired and transformed lives such as Jeremy and the club did for my friend. When the story came out about Mr. Harrell trying to fraud the government, I thought no way could this be true. When he was found guilty, I still found his sentence hard to believe. Although I don't know the ins and outs of the case, I know what kind of human Jeremy is. He has helped so many people who have served this country and is a mentor to so many. Isn't this what we want to do in our short time here, change people's lives and give them hope?

The reason I decided to write a letter was to just show one example of the character I know Mr. Harrel to be, and I hope that many people will do this same.

Have a blessed day,

Jeff Tindall
Jailer
Oldham County Detention Center

# LARRY L. ARNETT

275 Boone Estates Rd.
Frankfort, Kentucky 40601

October 10, 2024

The Honorable Gregory F. Van Tatenhove
United States District Judge
US District Court
313 John C. Watts Federal Building
330 West Broadway
Frankfort, KY 40601

Dear Judge Tatenhove:

My name is Larry Arnett and I share the following credentialing to establish a foundation for my letter of support for Jeremy Harrell who is currently awaiting sentencing in your court. I served on active duty in the U.S. Army as an Infantry officer, completed a tour in Vietnam in 1970-71, and finished my active service obligation as a Company Commander at Fort Gordon, GA. in 1973. I immediately joined the Kentucky Army National Guard and, after commanding units at Battalion and Brigade levels, retired in 1999 after 30 years of military service with the rank of Colonel. My father is a WWII veteran who served with the 38th Infantry Division and fought the Japanese in the Philippines and New Guinea. After leaving active service in 1946, he joined the 100th Division, U.S. Army Reserves from which he retired as a First Sergeant. My son, an officer in the Kentucky Army National Guard, completed two combat tours in Afghanistan and one in Iraq, retiring as a Major after 24 years of service.

In 1973, I began what turned out to be a 33-year career working in Kentucky State Government. While privileged to serve in several high-level positions , one of these assignments has a direct bearing on the relevancy of my statements. In 1988, I was appointed as Kentucky's Director of Veterans Affairs and managed all programs related to veterans except employment. I became very aware of the many needs of our state's veterans and worked very closely with all veteran service organizations (VSOs). In this role, I successfully directed the construction, staffing, and operation of the Thomson-Hood Veterans Center, a long-term care facility for elderly veterans and the payment of the Vietnam Veterans Bonus to thousands of qualified veterans of this war. As Director, I became directly involved with the Joint Executive Council of Veterans Organizations of Kentucky, Inc. (JECVO) which is an umbrella organization comprised of 25 VSOs whose express purpose is "speaking with one voice" in support of programs supporting veterans and their families. My relationship with the organization has existed for 36 years and includes a term as Chairman and many years as its Legislative Officer.

I became aware of Veterans Club Inc. and its founder Jeremy Harrell and followed its development, growth, and its creation of many important activities and events generated to support veterans, first responders, and their families. The organization is an extraordinary

1

evolution, even a paradigm change, in the way we approach our veterans, particularly the younger veterans of Afghanistan and Iraq era. While our older VSOs, VFW, American Legion, DAV, AMVETS, VVA, and others have performed remarkably well for many decades, they have great difficulty today in attracting younger veterans. Not so with the Veterans Club who has filled this enormous gap in our service delivery. They have become the prototype of the "new" VSO which I strongly support. Jeremy and his team are providing an extraordinary service desperately needed by the veteran community.

To fully appreciate the significant credibility that Jeremy developed within the veteran community I offer the following. Upon my "retirement" from being the JECVO Legislative Officer in August 2023, the organization sought a trusted, experienced veteran to assume the assignment. The person recommended by the Chairman, supported by me, and approved by a unanimous vote of the VSO member representatives was Jeremy Harrell.

I'm aware that Jeremy has been found guilty of a serious crime by a jury with sentencing set for December 9th. I personally believe he had no overt intent to commit this crime but am fully cognizant of its negative impact on other veterans and the entire VA benefit system. He should have evaluated his personal situation much more closely as he evolved in his role in developing Veterans Club and its programs. However, developing a significant and vibrant organization and program from "scratch" is a monumental task that requires an enormous amount of focus, dedication, time, and energy, all of which I'm confident contributed to his oversight in dealing with his VA disability status and payments.

ALL of Jeremy's work is guided by his strong faith and his desire to help veterans, first responders, and their families! His leadership, guidance, and personal commitment inspired hundreds, probably thousands, to join with him in this important endeavor, not only in Kentucky but nationally. He is trusted by those who eagerly follow his lead. Even as he deals with this gut-wrenching episode in his life, he personally has not stopped caring for and helping veterans who need assistance and I'm confident that this commitment will continue. What does concern me is the potential impact of his sentencing on the viability of Veterans Club remaining the state's most important connection to younger veterans. The Club has expertly filled this critical void and continuation of their valuable work is vital to Kentucky fulfilling its obligation to care for those who have served our nation and state faithfully and proudly in uniform.

I ask that you to consider not only his exceptional personal character, his family and many friends, his dedication and sacrifice while serving this nation in military uniform, his remarkable work in service to veterans, first responders, and their families, but also those many veterans needing help whom he has personally, and with the help of the Club, assisted during his role with the Veterans Club. His impact has been and continues to be highly significant and lasting. Thank you for this consideration.

Respectfully,


Larry L. Arnett
Colonel (Ret.) U. S. Army
Past Chairman & Legislative Officer
For JECVO

2

Kathy L. Scott
10602 Kinross Court
Louisville, KY 40243
502.802.4167

October 1, 2024

Honorable Gregory Van Tatenhove
United States District Judge for
 The Eastern District of Kentucky
330 West Broadway
Frankfort, KY 40601

Re: Jeremy Wayne Harrell

Before my retirement I was a Chief Financial Officer with a prominent
financial planning services firm. My husband and I were introduced to
the Veteran's Club, Inc. while attending a gala for another veteran-
related nonprofit. Our first involvement was during the Club's relief
efforts for the massive flooding in Eastern Kentucky. We were drawn to
the Club because its mission reflected our goals, and the participants
were such a welcoming community. Later I met with Jeremy Harrell
regarding joining the Board of Directors. I willingly accepted the role of
Board Treasurer. My life goal was to fulfill my retirement years working
for veteran causes in honor of my brother that was killed in Viet Nam.
In my career as a CFO, handling large sums of money for my employers,
I put integrity and trust at the forefront of every single decision that I
made. I am extremely proud of the fact that I had such a successful
career in that regard. Serving as the Board Treasurer I have spent a
significant amount of time with Jeremy. Over this time, I have found
him to be honest and of high integrity. Not once did I ever feel
comprised or even asked a compromising question regarding the Club
funds. In fact, I had met a partner that was also very frugal. Jeremy
held donors and donor contributions in high regard and made decisions
accordingly.
Jeremy is one of the most selfless people that I have ever met. He will
help anyone in need, at any hour of any day. Our Club is small, and we
can typically act quicker than most organizations. We have had needy
veterans walk into the club on any given day and they have been assisted
with food, a bed to sleep in, and job interviews which usually result in
employment, within a few hours' time. Not being a veteran myself, I do
not have a specific story to share that relates to me, other than to say that
Jeremy has become family to me. We talk quite a bit, and I try to give
him the same guidance that I do my two sons, and actually, I think of
him as a son. He too, is always there for me with words of
encouragement, support, etc.

In transparency, there is also a challenging piece. Jeremy can be difficult to work with. He is a Type A, overactive, hyper individual with PTSD. He is a perfectionist and wants everything to be top-notch for those we serve. He started this mission as a simple Facebook page where veterans could communicate among one another. Due to need, it morphed into the non-profit that it is today. He takes this responsibility extremely seriously. Recognizing these traits because I too possess them, I have had many, many conversations with him about tempering his expectations a bit. Often, our drive leaves us making unintended enemies.

I often hear that Jeremy is just "in it for the notoriety". I believe there is nothing further from the truth. He has done a lot of interviews. He has done numerous media spots. There is a reason for this, and it is because he is well-spoken, passionate about helping veterans, and has a vast amount of knowledge regarding the military. This is what influenced others to seek him out.

I am still having trouble understanding the fact that these charges were brought against Jeremy. I am further troubled and shocked that a jury of twelve people actually found him guilty. I am even more troubled that the country that he so bravely fought for is now fighting against him. I will never forget the look on his face and the sound of his voice when he showed me the indictment that read "United States of America vs. Jeremy Wayne Harrell". He was, and remains, completely devastated.

Respectfully,
Kathy L. Scott

**DONAHUE LAW GROUP**

**DONAHUE LAW GROUP, P.S.C.**

410 SOUTH MAIN STREET          POST OFFICE BOX 659
SOMERSET, KENTUCKY 42501       SOMERSET, KENTUCKY 42502

(606) 677-2741 TELEPHONE
FACSIMILE (606) 678-2977

A. C. DONAHUE, ESQ. CSRP

October 10, 2024

Hon. Gregory F. Van Tatenhove
U.S. District Court (ED Ky)
313 John C. Watts Federal Bldg
330 West Broadway
Frankfort, Kentucky 40601

RE:   USA vs. Jeremy Wayne Harrell
       Case No. 23-cr-16

Judge Tatenhove,

I am writing you this letter on behalf of a dear friend, a fellow warrior and a Brother in Christ. Although I have strong opinions regarding the case brought by the federal government against Jeremy Harrell, this is not the time nor the place to voice those thoughts. Instead, you need to know about this man's man.

Jeremy is the epitome of a servant-leader. It is a catchphrase that is often said, but rarely seen in person. Jeremy has one of the biggest hearts of any man that I have ever met. Even so, he is not all touch-feely, but a go-getter. Jeremy is someone who can see a need and then move mountains to fill that need. He has done it countless times for one individual and for entire communities. Jeremy does not just talk-the-talk, but he has faithfully walked it out day-by-day.

In many sections of the armed services, we have a mantra that we live and die by – "We Leave No Man Behind". Jeremy has done just that for the veterans' community across the Commonwealth of Kentucky. There are countless Veterans who are alive today and who did not succumb to scourge of suicide because of Jeremy Harrell and the Veterans Club, Inc. Jeremy knew and lived as if one Veteran's suicide a day was too many, let alone the national average of twenty-two a day. To me, that makes Jeremy Harrell a warrior's warrior – he did not leave his brothers (and sisters) in arms behind.

You should know that Jeremy gave as much of his life as he has because he was **compelled** to do so. As a follower of Jesus the Christ, Jeremy's heart, mind and body simply had to carry out the work of the Body of Christ by loving God and loving people. If that makes him 'guilty,' then like the Apostle Paul we can expect him to rejoice in his chains and during incarceration. To be clear, however, it is not deserved and would be a great injustice to Jeremy and his beautiful family.

Early in my career, I handled a number of criminal defense cases up to and including a capital murder case. On both the battlefield and in the courtroom, I have looked pure evil in the eyes. Jeremy Harrell is the opposite of evil. He gave his life in service to others and gained absolutely nothing for doing so, but this criminal conviction. It is the greatest of ironies.

As many sickening and conniving criminal defendants you have adjudicated, this defendant is very, very different. This case – of all cases – deserves a considerable amount of thought and consideration as you weigh out the government's case; Jeremy's acts and/or omissions; and the Jury's conviction. Mercy is a component of justice, and if there were any mercy to be granted, this man well deserves it.

Respectfully,

*A.C. Donahue, Esq. CSRP*
*Warrior; Follower of Christ; Husband; Father; Lawyer*

U.S. Army (1980-1987)
Regent University - Juris Doctor (1992)
Liberty University - Master of Arts in Theology (2021)

**Honorable Gregory Van Tatenhove**

District Judge

Federal Courthouse

330 W. Broadway St.

Frankfort, KY 40601

**Re: Character Reference for Jeremy Harrell**

Dear Judge Van Tatenhove,

My name is Sherice Kral, and I am writing to share my perspective on Jeremy Harrell's character. I have known him for several years, primarily through his dedication to serving veterans and first responders. As a Certified Maxwell Leadership Coach and Robbins-Madanes Trained Coach, I have worked with many people over my 14-year career, but Jeremy stands out for his genuine commitment to helping others.

In my military career, I held a Secret Security Clearance for 10 years, and among other opportunities, had the privilege of assisting with President Barack Obama's visits to Buckley Air Force Base in 2012 through 2013. That role demanded the highest levels of trust and integrity—qualities that Jeremy embodies in every aspect of his life.

One instance that really shows the kind of person Jeremy is, happened when I needed a vehicle on short notice for a few months. Without a second thought, he offered me one. It wasn't just the offer itself but the way he approached it—with genuine care and no expectation of anything in return. It's a clear reflection of his willingness to help others in times of need, no strings attached.

In our conversations, I've also noticed something that's rare. Jeremy never talks about personal pride or getting attention. In my professional opinion, Jeremy leads because it's necessary, not because he wants the spotlight. It's always been about the work of serving others—whether he's stepping up because no one else will or doing what's needed without any thought of personal gain. This has consistently shown me his humility and dedication to serving others.

Another moment that stands out is when I experienced a personal crisis involving threats from a former partner. Jeremy immediately jumped into action. He first asked me if I was safe or needed help getting to safety, connected me with the right legal resources, and even used his network to help me relocate safely within 3 days. I had never felt so supported. In that time, he showed his resourcefulness, leadership, and deep commitment to ensuring others feel safe.

When I moved to Kentucky, I expressed an interest in getting involved with the community. Jeremy offered me multiple opportunities to give back, and he helped me feel like I belonged and had something valuable to contribute. He didn't just provide support—he made sure I had meaningful ways to connect with and help others.

Though I am aware of the charges against Jeremy, none of this reflects the man I've come to know. To say that he has used any form of leverage for personal gain is antithetical. His actions have consistently shown integrity, responsibility, and selflessness. I believe Jeremy will continue to serve others, without seeking personal gain, in whatever capacity he can.

Thank you for your time and consideration.

Thank you for your time and consideration.
Sincerely,
**Sherice Kral, also known as Sherice Scott**

Certified Maxwell Leadership Coach
Robbins-Madanes Trained Coach
International Keynote Speaker



**KARL TRUMAN**
PERSONAL INJURY LAWYER
www.TrumanLaw.com

420 Wall Street
Jeffersonville, IN 47130
Telephone: 812-282-8500

10531-B Timberwood Circle
Louisville, KY 40223
Telephone: 502-222-2222

*Karl Truman*
*Attorney*
*Phone: (502) 222-2222*
*Fax:    (812) 282-5388*
*Email: karltruman@trumanlaw.com*
*Reply To: Jeffersonville Office*

Honorable Gregory F. Van Tatenhove
Judge, U.S. District Court
Eastern District of Kentucky
330 W. Broadway St.
Frankfort, KY 40601

October 9, 2024

RE:    Reference for Jeremy Harrell

Dear Judge Van Tatenhove:

I am writing in support of Jeremy Harrell for your consideration.

I am an attorney licensed to practice in State and Federal Courts in both Indiana and Kentucky. I serve as an Emeritus Director for the Indiana Trial Lawyers Association, and I am Board Certified in Civil Trial Practice and Civil Pre-Trial Procedure by the National Board of Trial Advocacy.

I am also a Veteran. I retired from the United States Army Reserve as a Lieutenant Colonel after serving 28 years in the combat arms.

I have known Jeremy Harrell since 2019. When I first heard about the Veteran's Club and met Jeremy, I immediately knew this was a person and an organization I wanted to support. I volunteered to serve on the Advisory Board for the Veteran's Club. Our first event together was to present donations to the United States Coast Guard in Louisville, KY. Since then, I have participated in many events with Jeremy to support veteran causes. I have personally observed Jeremy's selfless commitment to veterans and first responders.

As a fellow veteran, I have had the opportunity to know Jeremy and know his experience as a combat veteran in Iraq.

All I have ever seen with Jeremy is his desire to help others. He takes his religious faith very seriously. He truly sees helping others as a blessing. I have seen many claim to be persons of faith, but Jeremy truly lives it by example. He gives freely with nothing expected in return. He leads by example of how we should live our lives. He has been an inspiration to me and others.

Here is a quote that describes Jeremy: "Do nothing out of selfish ambition or vain conceit. Rather, in humility value others above yourselves, not looking to your own interests but each of you to the interests of others." Philippians 2:3-4

With everyone looking out for everyone else's interest more than their own, no one would be in need. This is the principle that Jeremy lives by. All that he has done has been in the service of others. This is demonstrated by the fact that he has never been compensated for any of his services. His appearances on television and social media have not been to promote himself, but to bring attention to the issues affecting veterans.

Jeremy has made himself available, at any hour of the day, to help a veteran in need. Whether they needed spiritual guidance, to be talked off the ledge from self-harm, substance abuse, or just a friend to talk to, Jeremy was there.

I have also personally observed Jeremy's personal struggles with his PTSD. Nobody wants to admit limitations. I have had physical injury from military service that I have refused to let interfere with what I want to do. But privately, my wife has seen my physical limp and pain. No solder wants to let anyone see a weakness.

Throughout the years, I have witnessed Jeremy to be a kind and generous person. I have seen him go out of his way to help neighbors and friends. I understand the gravity of the charges, but I also know that the allegations do not reflect the person I know.

I respectfully ask the court to consider Jeremy's positive qualities, his selfless service to the veteran and first responder community and living his life of faith when deciding on an appropriate sentence. I truly believe Jeremy is a valuable member of our community now and in the future.

Sincerely,

Karl Truman
LTC, USA (Ret.)

KNT/knt

To: The Honorable Gregory Van Tatenhove, District
Judge          September 26, 2024

Your Honor,

I am a former technology business owner, a Navy veteran of the Vietnam era and current owner of Cupper's Choice Coffee headquartered here in Kentucky. I am writing to make you aware of my relationship with Jeremy Harrell and the case that was presented before you this past August. As background, I have known Jeremy for approximately 4 years. We first met at Southeast Christian Church in Shelbyville and later through the non-profit he formed, Veteran's Club. During that period, we connected frequently to encourage one another, especially as Jeremy was wanting to shed light on the struggles of veterans and the increasing number of suicides that have occurred since 9/11. He sought my counsel both for himself and for the best ways to go forward with making Veterans Club a force for good.
When I heard of the indictment against him, I was quite shocked. It seemed very out of character from the Jeremy Harrell I know.

As the trial date kept being moving forward, we communicated more frequently, and in those conversations, I remained convinced that he had done nothing to intentionally deceive the government regarding his activities at Veteran's Club or the state of his disability, the effects I have witnessed firsthand. His struggles are real, yet he has found strength in his faith in God to stand up for something he believes in. It was also clear to me that speaking on behalf of veterans was therapeutic and quite helpful for his own struggles. Jeremy spoke often that his reward in helping others for God's glory got him up each day and I encouraged his service to others as a way to help his healing and commended him for sacrificing his own comfort for the greater good.

I attended the trial in August with many families and supporters and was able to be present in the courtroom as both the prosecution and the defense made their Day 1 opening remarks.
As I heard the prosecution describe him of the "CEO of a 6,000-member organization", I am sure I noticeably cringed. As the former CEO of a multi-million-dollar technology firm, I would not characterize his role at Veterans Club in comparison to our current cultural view of CEO's. In my opinion, this was a tactic by the prosecution to transfer onto to Jeremy all these

distasteful attributes of a high paid corporate leader who often gets overly compensated as his company fails and his employees suffer. That shoe does not fit Jeremy Harrell. I believe the continued references to CEO biased the jury in their understanding of his role. The CEO title has merit in fundraising for a non-profit, but certainly not in the picture the prosecution was attempting to paint him with. This is one of many points the government made that misrepresented Jeremy.

My opinion of Jeremy Harrell is of a man who selflessly helps other, even while needing help himself. Two clear examples of that were his taking a team of volunteers to help in the Mayfield tornado disaster and the Eastern Kentucky flooding that affected so many lives. He didn't go just to help vets, but anyone who needed assistance. Even though the effort created stress on him, he did not shy away from comforting others, seeing their needs more important than his personal comfort.

Your Honor, I am convinced in my heart that the jury did not see the real Jeremy Harrell. And I believe they did not correctly understand how the hours he spends serving others should not be defined "work", as presented to them by the government.

Jeremy had no employment contract, no six-figure salary and only one paid employee at Veteran's Club. Characterizing him as a CEO motivated by self-promotion or greed or avarice does not fit. I humbly ask that you show mercy to someone I know has served selflessly and should be able to continue to use his voice to assist hurting vets and others that God places in his path.

Thank you for your careful consideration,

Submitted humbly and sincerely,

Ronald Kelley
180 Hunters Pointe Place
Simpsonville, KY 40067



September 30, 2024

To The Honorable Gregory Van Tatenhove, District Judge

Re: Character Letter in Support of Jeremy Harrell

This letter is intended to serve as documentation of my observations regarding Jeremy Harrell's character during our volunteer collaboration in service to Kentucky's Veterans. I currently serve as Veterans of Foreign Wars (VFW) Post 1298's volunteer Service Officer in Bowling Green, KY. In this capacity I conduct monthly Veterans Justice Outreach visits with incarcerated veterans to assist their future re-entry efforts by educating them on the processes and requirements to file claims with the US Department of Veterans Affairs (VA). I also field requests from veterans in my local area who have solicited advice and assistance from the VFW in filing VA claims. Like Jeremy Harrel and the Veterans Club, I perform my volunteer duties at no charge to the veterans I assist and receive no pay from the VFW.

I first became aware of the "Veterans Club" online and through my attendance at their events in Bowling Green, KY in late 2019 and early 2020. My impression of the organization and its leadership was generally positive at that time; however, I didn't meet Jeremy personally until a few years later. Jeremy and I met in person for the first time at the inaugural "Resilience Ruck" event in conjunction with Bowling Green's Veterans Parade in November 2022. At that time, I was surprised at Jeremy's extremely reserved demeanor. I had expected a boisterous "showman" to be organizing the many events his Veterans Club had facilitated; however, I was to learn from our fellow veterans that Jeremy's undemonstrative demeanor was likely due in part to his military deployment experience and that facilitating Veterans Club events was a manner of therapy for him. Jeremy and I exchanged contact information in late 2022 in the hope that we might collaborate in support of veterans' issues in the future. We got the opportunity to volunteer together in the fall of 2023 when we began corresponding via email and text as well as conducting telephone discussions regarding legislative advocacy efforts in support of Kentucky's Joint Executive Council of Veterans Organizations. I again found Jeremy to be sincere in his desire to devote his free time to supporting Kentucky's veterans despite his restrained manner. Despite any challenges, I found Jeremy to be an outstanding record-keeper who put his meticulous nature to work in maintaining a vast "rolodex" of contacts across the state.

My limited understanding is that Jeremy has been found guilty by a jury of fraudulently receiving disability benefits while being able to perform work similar to his volunteer efforts. It's my belief that the jury got it wrong in this instance. As a volunteer Service Officer, I frequently research VA rules and regulations in support of my efforts to assist veterans. I have come to learn that there are different sets of work rules for different types of VA disability compensation. For example, veterans deemed by the VA to need Total Disability (based on) Individual Unemployability (TDIU: unable to maintain substantially gainful employment due to serious service-connected injuries or illnesses resulting in disability) are generally not allowed to work full time; however, these veterans are allowed to engage in marginal part-time work in a "protected environment" if poverty income thresholds are not exceeded. To my knowledge, Jeremy never received any compensation for his volunteer work with the Veterans Club. Even if Jeremy was paid, a veteran receiving VA disability payments by reaching 100% through VA's schedule of ratings (one or more conditions or illnesses that add up to 100% service-connection) is allowed to work without any restriction or limit on the type of work performed or amount of income received. There are many contradictions and misconceptions when it comes to performing work while receiving VA disability. So much so that the VA recently released a three-minute YouTube video explaining these dynamics: https://youtu.be/sLxXckXNP5U?si=WEDV7ArChGxirF-f

In my opinion, Jeremy's jury did not understand the fact that many veterans rated 100% disabled receive compensation to perform full-time paid work. If this element was sufficiently understood, I'm convinced that the unpaid volunteer work Jeremy performed in the "protected environment" surrounded by fellow veterans and supporters would not have been construed as

stealing disability benefits.

If any additional information is desired, I can be reached at robholdsworth@gmail.com and 859-640-0252.

Respectfully,


Rob Holdsworth, Lt Col, USAF (Retired)
Service Officer, VFW Post 1298
208 Dishman Lane
Bowling Green, KY 42101

Oct 14, 2024

Honorable Gregory Van Tatenhove, District Judge

Your Honor,

My name is Corey Bowlin. I am a veteran over the United States Marine Corps and the United States Army. I am currently the director of Veteran's Club Incorporated. I have known Jeremy Harrell for over eight years. Jeremy and I were introduced by a mutual friend, and we became friends very quickly. We talked about his desire to help veterans that are dealing with PTSD, returning to civilian life, and other issues of everyday home life. He told me about the Veterans Club Facebook group and how it was a great place for veterans to network and talk safely amongst each other. He told me how he wanted to see it grow to help as many vets as possible. How we need to take care of our own as so many veterans are not getting the support that they need. As a veteran involved with many other veteran organizations, I knew that what Jeremy wanted to do was different and special. I wanted to be a part of that initiative. I have been a member of Veteran's Club since the beginning, I have served in volunteer rolls, joined the Board when Veteran's Club became a nonprofit, and have moved into a fulltime leadership position with the organization.

I am very aware of the federal court case against Jeremy Harrell related to the supposed theft of government funds as related to his VA disability benefits. Jeremy Harrell is a man of extreme faith and the utmost integrity. I know in my heart that he would never willingly and knowingly defraud the government of benefits that he rightfully deserves. I am very familiar with VA benefits and veterans that are getting those services. I have never seen or heard of any court case like this against any other veteran in all my years working with Veteran Service Organizations.

Jeremy Harrell is one of the most dedicated people that I have ever met to help veterans across the board. His heart and his faith are one of service. From his military service to this great nation, to the continued service in the veteran community. Jeremy has more drive and determination to assist veterans in need than most any one around. I have been honored to volunteer and to work alongside Jeremy with this initiative for so many years. It takes a village to love and support our veteran and first responder communities and that is what Jeremy and all the volunteers at Veteran's Club do daily. Jeremy leads that charge with such passion!! He is the most passionate person that I have ever met when it comes to doing good for others. Almost to a fault that he would totally sacrifice his own well-being to help others.

Jeremy has Made himself available to aid and assist veterans' day and night. And selflessly takes those calls to assist no matter what may be going on in his personal life at the time. I have first-hand knowledge of many veterans who would probably no longer be with us, had Jeremy not been ready to take that call. One particular veteran that comes to mind had reached out during a time of self-struggle. The veteran had suicidal idealizations and had

been drinking in a bar. The veteran posted about it in the Facebook group. Jeremy saw the post and jumped into action. Reaching out to several veterans that he knew were around where the veteran was currently located. And within 30 minutes he had a veteran there to talk to this veteran and talked him out of the situation that he had put himself in. Gave the veteran a ride and stayed with him until the next morning when he could get professional help. This is just one of many occasions that Jeremy has personally assisted a veteran in need.

Your Honor,

I hope that you will find this letter as a true picture of the man that Jeremy Harrell is and will always be. My friend and Brother. A man of true integrity, passion and faith that does for his fellow man. He is not a criminal that the government has tried to portray him as. This man would never purposely defraud the government that he has committed his entire adult life to serving!!!

Thank you for your time and consideration!!

Corey Bowlin
Corey Bowlin
USMC, US Army Veteran

**BENJAMIN F. ADAMS, III**
**Brigadier General, United States Army, Retired**
**3824 Cayman Lane**
**Lexington, Kentucky 40509**

The Honorable Judge Gregory F. Van Tatenhove         30 September 2024
United States District Court Eastern District of Kentucky
330 W. Broadway Street
Frankfort, Kentucky 40601

Your Honor,

I am Benjamin F. Adams, III, a retired US Army Brigadier General. I first met Jeremy Harrell over 5 years ago when I was the Commissioner for the Kentucky Department of Veteran Affairs when Jeremy was beginning the process of creating his 501c3 non-profit Vets Center organization.

I am writing this character letter in support of Jeremy Harrell, a remarkable and compassionate individual who has demonstrated unwavering dedication to helping veterans overcome mental health challenges and successfully reintegrate back into society.

I have witnessed firsthand his selfless commitment to supporting veterans in need. Through his tireless efforts, Jeremy has created impactful programs and initiatives aimed at providing mental health resources, counseling, and guidance to veterans struggling with the transition to civilian life. His empathy, understanding, and genuine care for the well-being of his fellow veterans have made a significant difference in the lives of many who had lost hope.

Jeremy's passion for helping others stems from his own experiences and challenges, and he has channeled his personal struggles into a positive force for change within the veteran community. His dedication to serving those who have served our country is truly commendable and reflects his strong sense of duty and honor.

I believe that Jeremy's commitment to helping veterans should be taken into consideration when evaluating his current circumstances. His character, integrity, and dedication to serving others demonstrate his potential for rehabilitation and continued positive contributions to society. I urge the court to recognize Jeremy's outstanding character and the valuable role he plays in the lives of veterans as you deliberate on his case.

Thank you for your attention to this matter. Should you require any further information or clarification, please do not hesitate to contact me.

Sincerely,
/s/ Benjamin F. Adams, III

Benjamin F Adams, III
BG US Army (Ret)
502-229-3241
bfabrigs2012@gmail.com



**CW5 (R) DEAN E. STOOPS**
**275 Lakeland Drive**
**Harrodsburg, Kentucky 40330-8432**
**dean.e.stoops@gmail.com**
**(502) 682-8454**

10 October 2024

TO: Honorable Gregory Van Tatenhove, District Judge, United States District Court – Eastern District of Kentucky, 330 W. Broadway Street, Frankfort, KY 40601

SUBJECT: Character Letter in Support of Mr. Jeremy Wayne Harrell

Dear Sir,

I am the former State Command Chief Warrant Officer for the Kentucky Army National Guard (2014-2018) and former Deputy Commissioner for the Kentucky Department of Veterans Affairs (2019-2020). I am currently retired following 40 years of military service and am writing on behalf of Mr. Jeremy Wayne Harrell in the case of United States of America v. Jeremy Wayne Harrell. In addition to serving as a volunteer board member for several Veteran Service Organizations and other nonprofits, I also serve as one of four volunteer Executive Advisors to Mr. Harrell in his position as President and Chief Executive Officer of Veterans Club Inc, a non-profit organization he founded in 2019 to serve veterans and their families.

As a disabled veteran myself receiving disability compensation from the VA, and as the former Deputy Commissioner for the Kentucky Department of Veterans Affairs, I thought I had a good working knowledge of VA benefits and entitlements; however, this case has shaken my faith in the United States Department of Veterans Affairs given their clear lack of policies, definitions, and standards involving the Individual Unemployability benefits they provide and when and how those benefits should be terminated.

I first met Mr. Harrell in May 2019 while serving as the Deputy Commissioner for the Kentucky Department of Veterans Affairs when he sought my advice and the Department's assistance in supporting his efforts in establishing a new nonprofit organization to support Kentucky veterans and their families. I believed at that time and still do today that his vision was a new model for what modern Veteran Service Organizations should strive to be. Since that time, we have become personal friends because I believe in his mission, his motives, and his integrity. Even to this day, despite the jury verdict in his trial in August that I attended every day, my opinion of Mr. Harrell's mission, motives, and integrity have not waivered.

When I say we became personal friends, this was only following several months and years of observing his good deeds, analyzing his selfless motives, and many, many long conversations about his tireless personal mission and efforts to better serve the veteran community and their families. You see sir, I come from a multi-generation military family and was taught that a person's integrity is their most important character trait. This is what I saw and value in Mr. Harrell. He is a selfless, servant leader that has grown Veterans Club from a small group of like-minded patriots into an organization serving thousands of veterans, their families, and anyone in need. Following the December 2021 EF4 tornado that moved across western Kentucky, Mr. Harrell led his organization's first effort to assist the disaster victims in and around Mayfield, KY. In August 2022, he once again led his organization to help disaster victims of the historic flooding that swept through 14 eastern Kentucky counties. Even today following his conviction and as I write this letter all he wants to do is serve his fellow man. In an effort to continue serving people in need, Mr. Harrell has received permission from the prosecutor and his parole officer to travel to the disaster areas in North Carolina and Florida to help victims of hurricanes Helene and Milton.

During my five-and-a-half year association with Mr. Harrell, I have never known him to try to enrich himself or seek fame for the sake of fame. I believe his motives and integrity have been and remain true and honorable in all respects and that he is simply the victim of prosecutorial overreach by the United States Department of Veterans Affairs Office of Inspector General. Despite his conviction in this case, I still have faith in Mr. Harrell's character and ultimate vindication by the judicial system. Please feel free to contact me sir if you have any questions.

Respectfully,

DEAN E. STOOPS
CW5, U.S. Army Retired



# EDWARDS
## MOVING & RIGGING

## There is No Substitute for Experience.

October 15, 2024

**The Honorable Gregory F. Van Tatenhove**
United States District Judge
US District Court
313 John C. Watts Federal Building
330 West Broadway
Frankfort, KY 40601

Honorable Judge Van Tatenhove,

My name is Billy Watts Jr., Lieutenant Colonel United States Army (Retired). I served on active duty for 24 years and retired in 2008. I am currently the Vice President of Operations at Edwards Moving & Rigging, a national company based in Shelbyville Kentucky. I have known Mr. Harrell (Jeremy) for at least seven years and knew of him prior to that. When Jeremy broke the news to me last October that he had been indicted, I was shocked and filled with disbelief. I have walked with Jeremy along with our men's group through this entire process; the investigation, the indictment, the trial, the verdict and I continue to walk with him as a friend and brother. I am writing to offer a glimpse of how I know Jeremy.

I met Jeremy and his wife Erin when my wife, who is currently the Chairman of the Board for Awake Ministries in Shelbyville, introduced me to the Harrell's at a Veteran's function in Shelbyville. My wife and I found the Harrell's to be a very respectable and delightful couple, and due to our military connection, we started socializing with them. We learned that their daughters were involved in our church youth group and my wife, who was very involved in high school ministries became very close with them.

In spring of 2021, the Shelby County Campus of Southeast Christian Church was launched. In addition to socializing with Jeremy, I started seeing him more frequently while serving on the church parking team and atrium security during services. Jeremy would usually come in right on time, leave early and never enter the auditorium. He generally sat in the atrium with the hired police security detail or sometimes would go to a back room where a live video feed was on a big screen. As Jeremy and I became closer and started engaging in serious conversations, I invited him to join me in a small group of Christian men who met and still do regularly, twice a week. On Tuesday mornings we meet at Cracker Barrel for general conversation and sharing life experiences and supporting one another in difficult times. The second meeting is an early morning Bible Study in homes where we deep-dive into scripture. Jeremy started attending these meetings although he would sometimes miss and later text apologetically that he had been up most of the night due to anxiety and was just too exhausted to make it in early.





## There is No Substitute for Experience.

As I got to know him better, I understood these late, sleepless nights were due to the symptoms of his disability. I came to understand that his just on time arrival and early departures at church were to avoid the crowd. I have seen him stand along the back wall but to the best of my knowledge, I have never seen him sit in the auditorium during a service. I have talked to Jeremy when he had to drive to appointments alone, keeping him preoccupied until he reached his destination. I have responded to late night phone calls when he needed a listening ear.

My wife and I have got to know Jeremy and Erin very well during the last four years. My wife served in a volunteer position at our Church along with Erin and has got to know her very well. We have had the Harrell's in our home many times and socialize with them in other homes, venues and events. We have come to know Jeremy, Erin and their daughters to be of impeccable character and integrity.

While too much to divulge in this letter, I have walked with Jeremy through tough times personally and in the difficulty of his volunteer activities. When faced with adversity or opposition Jeremy has to a fault, quoted scripture and extended grace in the face of criticism. I have never seen Jeremy flaunt his position and title as CEO, in fact, he is embarrassed by and does not like to be referred to by that title. When he had public events or interviews, he would often reach out to the men's group or personally ask us to pray for him that he would have the courage and that his anxiety would not get in the way of trying to help other veterans.

On the other hand, I personally know and have witnessed the effect that volunteering and helping others has had in helping him deal with his own disabilities and the various symptoms that accompany them. I can see that he gains a tremendous amount of healing in helping others. Unlike the Jeremy who was fired from UPS management, fired from many other jobs, jobs with boundaries that his disability wouldn't allow him to function within, volunteering and his heart for helping others on a schedule and time when he is able to function has been a great opportunity for him. He receives great joy in helping others and in turn, it gives him strength to deal with his own disability.

He would often tell our small group and personally tell me stories of how someone had been helped, how Veteran's Club has been the catalyst to save someone from suicide. I vividly recall him excitedly calling me to share how he diffused a volatile situation where a distraught/disabled veteran was going to use weapons on the police and himself. Over the years he has often shared texts he receives from other veterans who have been helped in many ways by Veteran's Club and you can see life in his eyes because of the joy and purpose he receives in helping others. As recently as two weeks ago he shared a text with our men's group from a veteran who credited Jeremy for saving him from taking his own life and thanking him that he had found hope and is now there for his family. Volunteering with veterans gives Jeremy life, purpose and a calling to help others in the same situation he is in.

**Corporate Office**
200 Everett Hall Road • Shelbyville, KY 40065 • (800) 404-6064 • fax (502) 633-6494
www.edwardsmoving.com





## There is No Substitute for Experience.

I knew Jeremy as a friend long before his indictment. I recall Jeremy telling our small group how he felt so defeated as a man at the finality of his ability to work when he received his permanent disability. At that time, he said he promised God that if this disability was God's way of taking care of him, then he would devote his life to spreading the gospel and working for Him to help other disabled veterans. This is when Veterans Club was born. Jeremy has had a tremendous impact on Veterans, not only in Kentucky but nationally through his desire to help others.

My relationship with Jeremy has been one based on a personal relationship of spending time together one-on-one, with our families, our friend group, our men's groups and not as someone involved in the Veterans Club. If a person has serious character flaws, defects or ulterior motives, I don't believe you can be around them and in a close relationship over this length of time without seeing the flaws bleed through and coming to the surface. I can say with absolute honesty that during the time I have known Jeremy, I have not seen anything that remotely resembles a character flaw or ulterior motive. He has proven to be a trustworthy friend, and his character and integrity have been impeccable.

Having observed Jeremy in his personal life over many years, there is no doubt in my mind that Jeremy is honest, a man of impeccable character and integrity. I also believe he is a veteran who is permanently disabled and that he is rightfully and fully deserving of that designation. As a disabled veteran myself, this indictment and verdict has made me reconsider my personal volunteer activities and I cannot help but wonder what effect it will have on other veterans with a desire to volunteer. I believe giving back is beneficial to society as well as to veterans suffering from PTSD rather than retreating into a shell, hiding in a dark basement or drowning our demons with alcohol.

In conclusion, I want to thank you for taking the time to read my letter. I am asking that you do whatever is in your power and authority to acquit Jeremy of this verdict or at the very least, to show leniency to Jeremy in sentencing. To incarcerate Jeremy would not only be a travesty to the honor of his dedication and service to our Nation, but would be an injustice to him personally and to his family that they would carry forever.

Respectfully,

Billy Watts Jr. LTC U.S. Army (Retired)
Vice President – Operations
202 Hunters Pointe Pl.
Simpsonville, KY 40065
502-931-8699
bwatts@edwardsmoving.com

**Corporate Office**
200 Everett Hall Road • Shelbyville, KY 40065 • (800) 404-6064 • fax (502) 633-6494
www.edwardsmoving.com



To Honorable Gregory Van Tatenhove, District Judge,

Hello, my name is Mattie Hauswald. I am a full-time student pursuing a Bachelor of Arts and Sciences in Psychology at the University of Kentucky, a Pre-Kindergarten Ministry Coordinator at NorthEast Church in Lexington, Kentucky, a paraeducator, and very importantly Jeremy Harrell's daughter. Jeremy entered my mother, sister, and I's lives eight years ago, and his impact on me has been immeasurable. He came into my life during a time of need. Jeremy saved us from a house filled with mice and water damage, a house of emotional abuse, and from a man who gambled away our money and stole necessary medication for my great-grandmother. Jeremy saved us from a true criminal.

Jeremy, someone who spent 15 months in combat and was prepared to lay down his life for the people of this great nation and the brothers and sisters fighting next to him, is being charged with "knowingly" taking disability benefits after being told over and over again that he is broken, unable to work in a traditional work setting, static, and never going to improve, and because of that fact he was told that he was going to be still provided for by the country that he was willing to lay his life down for, but now on August 23rd, 2024, he was found guilty by a federal jury who believes that he "stole" this money.

Jeremy Harrell, a now convicted felon of theft is the same man who created a Facebook page to help bring community to others from the dark places a human goes after seeing death, injustice, abuse, and living in constant states of violence in both domestic and foreign places. Jeremy is a man who wants to protect others and help them remember that their life is worth living and that they deserve the air in their lungs even when they may want it to be their last breath. Jeremy's mission has always been to help others; he is selfless, ambitious, generous, and loving.

Jeremy, a broken man, hungered for others like him, others who would understand him, and required community like he once had in the military. The community he lost when he received an honorable discharge due to his invisible injuries. The community he was unable to find in the many jobs he tried to work and was fired from because he was unable to perform his duties; he failed; broken from the trials of war.

While Jeremy does not have a typical work ethic he thrives in environments where he is helping others because that in turn helps him. He doesn't sit in an office all day, and when he does sit in his office, you can find him exhibiting high anxiety tendencies. You can find him spacing out and unable to fully focus on the task at hand when presented to him in a traditional office setting. Jeremy has days where he feels as though he can't even change out of his pajamas or "soft clothes" because that task can be too much. On days like these, it is the thought of helping others, whether they realize it or not, that keeps him going. Jeremy wouldn't be able to find a job with such flexible hours where he could stay home when he wanted, come, and go as he pleases, and not feel the pressure of having to clock in and clock out.

The only thing that Jeremy is guilty of is having a big heart for people, even after being burned by people closest to him. He still goes out every day with the mindset of a servant; how can he serve others? But Jeremy is also a leader; he leads people to have faith not only in themselves but in our all-powerful, loving, and restoring God, which Jeremy strives to be more and more like every day. He is a perfect example of a servant leader, asking those who are willing to fight and continue, but he is the first to step forward and help carry those who may struggle. He is a perfect example of a servant-leader, asking those who are willing to fight to continue doing so, but he is the first to step forward and help carry those who may struggle. Jeremy is a provider; after growing up in a house where his parents neglected him, where he struggled to find food, where he would go to school and have cockroaches crawl out of his backpack, he goes against the odds, against stereotypes, and helps others out of the darkness that he was once resided in and still tries to pull him back.

I have gotten the opportunity to see Jeremy help others like him, not only those who have grown up in similar environments as himself, but also the experiences, and traumas he faced as a U.S. Army Soldier. He gives these brothers and sisters all he can. He helps those who are struggling with their demons and often would rather let them win than continue. Jeremy puts forth the effort to unify individuals with those who have had similar experiences themselves. Soon after Veterans Club first started, there was an individual who goes by Doc; he was very timid, kept to himself, and was extremely depressed. After spending time with Jeremy, the horses, and others like himself, Doc is now like family; he helps to lead and organize events, builds connections through the Veterans Club, gets his family involved, and is transformed from the person that he once was. I can recall multiple different occasions when Jeremy would get

calls from veterans in need, maybe a bed for the night, a motorized wheelchair to help move from place to place, or someone to remind them that they are important, they are special, and they deserve to be here, living and breathing, even when some of their battle buddies may not be.

For me, Jeremy not only saved me in a multitude of ways but has made me a better person. He is the reason I am the person I am today. When he first entered my life, he suggested we go, as a family, to Church. At first, I had no desire to go, but I went, and I sat through the service. As time went on Jeremy pushed me to go to youth group, and then to help lead my group. He helped to promote a Godly household by showing what it meant to be a Godly husband, father, and role model. He is the reason that I have a relationship with God and that I understand what it means to be changed, saved, and a child of God.

I thank you for taking the time to read this letter and I hope that it is taken into consideration. Jeremy is an admirable and honorable person in our community, and I pray that you allow Jeremy as well as my family and I to be lifted from the burden of this conviction.

Sincerely, Mattie Hauswald

To the Honorable Gregory Van Tatenhove, District Judge,

My name is Erin Harrell. I am the wife of Jeremy Harrell and Co-Founder of Veteran's Club. I am a Clinical Social Worker practicing in addiction recovery. I am a volunteer for Southeast Christian Church providing prayer and counsel to the church body. Formerly, I was an exercise rider at Churchill Downs and Keeneland Racetracks.

I am writing to share my heartfelt perspective on my husband, a man whose character and faith deeply inspire me. Jeremy and I met in 2015 and married in 2017. He is a devoted husband and father, a loyal brother to his fellow veterans, a selfless servant, and a man of unwavering integrity. God crossed our paths at time that was very dark for my daughters and myself. While I believe it was a dark time for Jeremy, he was a light in the darkness for my girls and me. I soon came to understand that light came from his Faith. Though I was raised a Christian, life experiences led me to believe that I was not worthy of God's love. Through Jeremy I came to know the love of Christ and gave my life to him. He has inspired me in the same manner and served as an example of unconditional love. He showed me what it is to put the needs of others before my own, to trust and serve others.

I know that his love for his family and God have kept him on this side of the dirt. The VA told my husband he was broken and would never recover. He prayed for God to use him for his Kingdom and that if he had to suffer these disabilities that something good would have to come from it. Jeremy has been accepted into 12 different intensive PTSD treatment program for veterans through various nonprofits around the country. In his heart he knew veterans in our community needed more programs closer to home. An idea came to Jeremy, and he wrote it down on a napkin. The idea was to get a few veterans together at our church to create the connection and camaraderie they once had in the military. Veteran's Club was an idea on a napkin, a dream to create connection with others. We never anticipated that it would grow the way it has. Although establishing a nonprofit was never the goal, it was the right thing to do because of the desire for people to support the growing need of the therapeutic activities Veteran's Club hosted. Through these therapeutic activities I witnessed Jeremy find comfort and connection in a community who understands the struggles of PTSD and other service-related injuries. I saw how his vulnerability in sharing his struggles comforted others.

Jeremy's desire to serve his community and his devotion to his faith makes him somewhat of an enigma. I believe this has caused him to be targeted by those who are unable to understand how Faith motivates Jeremy with no expectation of anything in return. I believe that is what has led us here today. One cannot deny the tenacity for which he serves his community. He answers late night calls from distressed veterans. He has sat with veterans in their darkest moments and even during end-of-life stages when there was no family to be found. He truly believes in leaving no man behind.

As Jeremy has navigated the attack on his character by the government he honorably served, and the destruction of his support system, he has continued to show his true character of integrity,

loyalty, selflessness, and Faith. It is my opinion that he exhibited these characteristics during his trial. Jeremy stoically sat by as his sensitive and confidential information regarding his mental and physical health was disclosed to strangers. Though he was the one on trial, in his selflessness he maintained concern for how this case impacts other veterans. Many veterans have expressed apprehension for continuing care at the VA for fear that their confidential medical information is not in fact confidential, and fear that volunteering in their community could lead them to be prosecuted.

Jeremy has faced many challenges, particularly in dealing with the symptoms of PTSD and TBI stemming from his combat experience. Yet, even in the face of these struggles, his commitment to his Christian faith has been a source of strength and resilience. He often turns to scripture and prayer, finding solace and guidance in his relationship with God. His faith has shaped his worldview and fueled his desire to help others. Even when he is fighting his own issues, his selflessness is evident in everything he does. He stands firmly by his principles and treats others with respect and kindness, regardless of their circumstances. This moral compass not only guides him in his personal life but also inspires those around him. I know there has never been malicious intent behind his actions and choices.

My prayer is that when determining my husband's future, my account reveals the true nature of his character but more importantly the goodness of his heart. His journey is a testament to his strength and his determination to not only find healing but to uplift those around him. I have no doubt that Jeremy will continue to make a positive impact on our community and in the lives of those he encounters. Thank you for taking the time to read this letter. I hope it provides you with a glimpse into the remarkable person my husband truly is.


Very Respectfully,

Mrs. Erin E. Harrell

Clinical Social Worker

Co-Founder of Veteran's Club, INC



October 21, 2024

Dear Honorable Gregory Van Tatenhove,

My name is Melissa McGuffey, I am a 43 year old Registered Nurse, BSN, contracted currently with the Army Corps of Engineers. I am writing you today on behalf of a dear friend of mine, Jeremy Harrell. I met Jeremy at Hope City Church(formerly known as River City) in April of 2017. He and Erin quickly became friends of mine and my husband as we shared a passion for loving the Lord and loving people who are struggling. I especially admired their passion for helping Veterans, as my ex-husband, a Marine Corps Veteran who served in the war in Iraq, took his own life in 2015 from not being able to overcome his struggle with what he experienced while serving to protect our great country. I wish he had been able to meet Jeremy, if he had, I am confident that Jeremy would have been able to introduce him to support and encouragement in ways that other treatment modalities couldn't.

I was in the courtroom when the verdict of "guilty" was read on Jeremy's case of the United States against Jeremy Harrell, I was present for over half of the trial. It was hard to hear our dear friend's personal daily struggles being presented in a courtroom, but I also know what it is like to live with someone who has been through horribly traumatic events of war, day-to-day it certainly is more than a struggle. Our Veterans are encouraged to utilize the full benefits that are available to them- they deserve it; most civilians have no idea of what it's like to be in war zones and then try to acclimate back to "normal life", the need for this support is essential and the need for continued therapeutic interventions after they return is even more essential. For Jeremy to be found guilty by a jury in a trial on a theft of government funds related to his disability benefits was a shock to me as I have continually witnessed his integrity, character and drive to do good.

I have repeatedly experienced Jeremy's heart for doing good and passion for helping others from church events to advocating for our Vets. One specific case that was significant to me had to do with our family of 4 moving out of the U.S. to Guatemala to serve as Missionaries in an orphanage. Our whole church knew we were going- but the only person who showed up to pack the shipping container was Jeremy! We were so thankful for his willingness to be there for us in a time of need. Years later, I lived down the street from the Veterans Village in Shelbyville that the Veterans Club helped establish- I spoke with Jeremy about the men who were able to be there and felt so proud that this was available because other Veterans cared so much about their brother and sister Vets. We attended the ribbon cutting ceremony at the St Matthews Veteran's Club grand opening- and although I knew it was hard for Jeremy to be in such a big crowd, it meant more for him to have that facility available to provide a safe place of encouragement for others to push forward on the healing journey with him. I've loved hearing their personal stories of how Equine Therapy events help other Vets and their spouses get through their struggles. I'm thankful for podcasts and interviews he's able to do because those are mostly in smaller groups/one-on-one but sent out to thousands to millions and can be so powerful to uplift your fellow man. I've admired him to taking calls from Vets under duress with fear of taking their own life and going to be there to support them and pull them out of it. And I've experienced Jeremy's heartbreak in situations when he wasn't able to help.

My husband, Jeremy, Erin, and I continue to share so many deep conversations where we hear Jeremy's heart for the Lord and for caring for the ones who feel like they've been passed by. I know that

Jeremy's many medical diagnoses from PTSD to Traumatic Brain Injury, including Childhood Trauma, have placed him in a position of permanent disability, and I have personally experienced his emotional shifts that warrant these diagnoses. I can only imagine what it would be like to be a man who feels called to be an advocate for others who are dealing with the same types of things and knowing that there are people who don't know what is available to them and not being able to help! This has been powerful therapy for him, a therapy so helpful that no medication could treat, no government-run support group could sustain. I have seen that this is a true calling on Jeremy's life: to personally help, encourage, inform, uplift and speak life back into his brothers and sisters who have felt deserted. I've never known anyone like Jeremy. I have never seen someone so broken who has the faith to put his own disabilities on the line to help his fellow man, and to give the glory to God for it, time and time again, it's truly amazing to experience.

In the seven and half years that I've known Jeremy Harrell, I have experienced him in times of struggle and in times of celebration. I have seen Jeremy on the edge of taking his own life because the obstacles he faces are so huge, but I have also seen the Joy of Lord pour over him and out of him as he shares his personal struggles of how God helps him overcome day-to-day with Veterans and civilians, which in turn helps them overcome horrors they have faced, to be able to go on day-to-day. I wouldn't hesitate a second in trusting Jeremy do the right thing time and time again, he strives to be a man of strong character and integrity, but he is also in a continued healing process that even his medical doctors and therapists can't deny, which this situation has worsened. I honestly find this trial disheartening and worry for other Veterans to be fearful of seeking the help and support they truly qualify for.

I ask you, Judge, to take this letter into consideration when ruling on the future of a very good man, an advocate for our struggling Vets and a war-torn disabled Veteran who loves people more than himself.

Most Sincerely,

*Melissa H. McGuffey, RN, BSN*

Melissa H. McGuffey, RN, BSN

11213 Kaufman Farm Dr

Louisville, KY 40291

October 31, 2024

**RE: Character Letter for Jeremy W. Harrell from John D. Moel**
**Case #: 3:23-cr-00016**

**Dear Honorable Gregory Van Tatenhove, District Judge,**

I am writing on behalf of my dear friend and fellow soldier, Jeremy W. Harrell. My name is John D. Moel, and I feel compelled to provide this letter as testimony to Jeremy's character and intentions. I hope these words will be valuable to you in determining Jeremy's fate, following the jury's decision on August 26, 2024. I'll start with some background information and strive to be both objective and concise.

Jeremy and I met in 2000 when we were both assigned to the 425th Quartermaster Co. in Jeffersonville, IN. We quickly developed a camaraderie, although our life paths differed at that time. I was focused on college, while Jeremy prioritized his career and starting a family. Despite our differences, we maintained mutual respect.

In February 2003, Jeremy, I, and several other soldiers from our unit were assigned to the 998th Quartermaster Co. and prepared to deploy for the impending war in Iraq. At this time, Jeremy had just become a father, a significant life change that understandably brought major stress, anxiety, and depression. This information, I believe, is essential for the Honorable Judge to know.

We were deployed to Iraq in March 2003. From that point until April 2004, Jeremy and I worked closely together daily. We shared the same tent, squad, and experiences in what I would describe as a "true nightmare." I want to elaborate on Jeremy's personal struggles during this time.

During our deployment, Jeremy discovered the mother of his child was unfaithful and had moved a new partner into Jeremy's home, expecting Jeremy to support them both financially or risk never seeing his daughter again. This began a painful and challenging period for Jeremy, one I witnessed firsthand. His distress and suffering continued even after our return, marking a significant shift in the course of his life.

After our service, Jeremy and I stayed in touch. I saw him attempt, time and again, to rebuild his life through stable employment and family efforts. Nothing seemed to work, and he faced constant setbacks until he received support through VA compensation. In 2017, Jeremy was recognized as 100% permanently disabled, unable to maintain regular employment. This provided some relief and allowed him to regain stability.

With this new stability, Jeremy expressed a desire to create a group for Veterans, initially just an informal club where Veterans could connect and support each other. This gave him a renewed purpose, something he deeply valued as a way to give back for the compensation he received from the VA. Jeremy's intention with the Veterans Club was always to serve, support, and give back.

The Veterans Club became more popular than expected, with the Facebook group growing rapidly. Jeremy took it upon himself to organize events to foster camaraderie among Veterans. This became a significant responsibility, yet Jeremy wholeheartedly embraced it, feeling it was his life's calling. It's important to note that without his VA compensation, the Veterans Club likely wouldn't exist.

Regarding the current court case, I attended the session on Friday, August 26. Before the hearing, Jeremy shared with me the charges he faced, which were related to alleged defrauding of the U.S. government by claiming disability benefits while actively involved in the Veterans Club. To me, these charges seemed ungrounded, as Jeremy believed he had abided by the law and chosen a legal team to best represent him.

During the session, the prosecution's evidence focused on three main points:

1. **VA Form Responses**: They claimed Jeremy's responses were deceptive and unelaborated.
2. **Social Media Presence**: His visibility on social media was portrayed as contradictory to his disability claim.
3. **Acceptance of Compensation**: Jeremy told people he could not accept compensation from the Veterans Club due to his VA benefits.

After the verdict, I spoke with Jeremy and sought clarity on these points. Here's what he explained to me:

1. **VA Form Responses**: Jeremy felt anxious and confused about why he was being questioned, given his permanent disability status. Consequently, he deferred to worst-case scenarios in his responses. These reflected actual experiences but in their most extreme form.
2. **Social Media Presence**: While social media showed him in positive moments, it did not capture the ongoing personal challenges and difficult days he faced. This is very common in social media to NOT discuss negative issues.
3. **Compensation from the Veterans Club**: Jeremy believed it was illegal to receive compensation from both the VA and the Veterans Club, so he consistently informed people of this and avoided any financial benefit from the club.

Honorable Judge, I hold Jeremy to the highest standard of ethics. This letter is a testament to Jeremy's true character and intentions. His involvement with the Veterans Club was never about deception; it was his way of giving back to his country while preserving his own mental health. The Veterans Club not only saved Jeremy but has also positively impacted many others. I sincerely hope this testimony affirms Jeremy's commitment to serving others, even through his own trials, and I respectfully urge you to consider this in your decision.

Sincerely,
**John D. Moel**



**Triple Martini Productions, Inc.**
Prince Street Station  PO Box 113  New York, NY  10012
917 478 4211 cell  triplemartiniproductions@gmail.com

October 25th, 2024

Dear Honorable Gregory Van Tatenhove, District Judge,

My name is Christopher Martini, and I am a film director based in Brooklyn, NY. I was introduced to Jeremy Harrell on social media four years ago. Having made several films related to Veterans and the Military, I have developed many connections within that community. Jeremy and I have been friends for about four years, and I've spoken with him several times regarding potential Veteran-related film projects, including the possibility of hiring him as an advisor and featuring his work with wounded warriors in future projects.

Jeremy recently told me that he was found guilty by a jury in a trial related to the theft of government funds concerning his disability benefits.

When I first heard about this case, my immediate reaction was that this could not be in Jeremy's character. From what I know of his advocacy for Veterans, his honorable service as a Combat Veteran, and his leadership, which has impacted thousands of people across the country—including Veterans, First Responders, and colleagues—I believe in my heart that he is innocent. In my interactions with Jeremy, I've always found him to be an honest and honorable person. I pride myself on being a good judge of character, and I firmly believe Jeremy is not capable of such a crime. Even now, despite these accusations, I would not hesitate to work with him on future projects. Some people give off a feeling of dishonesty—you just know. Jeremy Harrell is not one of them. Every time I've spoken with him, I've sensed his kindness and integrity.

Once, while I was researching a television pilot about Veteran suicide, Jeremy spent over an hour on the phone with me. During our conversation, it was clear that he deeply cares for his fellow Veterans, much more than many others I've encountered in similar roles. His knowledge of Veteran issues, particularly Veteran suicide, was far beyond what I had experienced with others. His insights inspired several ideas for the show, and I felt confident I was speaking to someone truly dedicated to helping Veterans.

I hope this information will be helpful in clearing Jeremy of these charges, which I believe to be false.

Sincerely,

Christopher Martini

To:
Hon. Gregory Van Talenhove
District Judge
Frankfort, KY

My name is Lawrence Johnston and I am writing this letter in support of Jeremy Harrell.

Several years ago, I retired as Chairman and CEO of one of America's Fortune 50 companies, Albertsons Inc.

After retiring, I decided to return to Kentucky where I had previously lived for many years, finally serving as President and CEO of General Electric's Appliance Park in Louisville. My wife Martha and I established a farm in Simpsonville Ky where we rescue abandoned and at risk horses in their final years.

After returning to Kentucky, I learned of a young man named Jeremy Harrell who was an Army veteran suffering from PTSD. Afflicted by this terrible ailment himself, Jeremy had founded and developed a unique program using equine therapy to help fellow veterans who were also suffering from PTSD. It was called the Veterans Club.

I was extremely intrigued by this program and went to visit Jeremy personally on a small remote Kentucky farm where he was holding classes each week using horses to help veterans

suffering with PTSD. After witnessing the program first hand and speaking to several of the veterans involved I was amazed at what Jeremy had done. The progress these veterans were making to recover their lives through equine therapy was a huge success!

To me it was genius!

I immediately made a grant from my Charitable Family Foundation to support The Veterans Club and have been extremely pleased with the progress I have seen there to help our veterans over the years.

Jeremy founded and led this program without compensation to help his fellow veterans while he himself was struggling with PTSD. This showed me that he was a selfless caring person.

I recently learned of the legal situation Jeremy is faced with, and I wanted to write this letter to support him and attest to his character.

Throughout my adult life I have been fortunate to lead hundreds of thousands of people in some of America largest corporations. This has given me the opportunity to judge the character of individuals all over the world.

I can tell you that Jeremy Harrell is a good man. The disability that he suffers from affects so many of our returning veterans today after the serious conflicts in Vietnam and the Middle East. For Jeremy to develop and lead a program that has been recognized nationally as critically helpful to veterans even while he himself is suffering from the disability is the mark of a good and selfless person.

I have seen firsthand how the program works, what amazing work this man has done and the lives that he has saved.

Years ago, I was honored to receive the Homefront Patriot Award from President Bush in the East Room of the White House, awarded to the CEO in America that year who had done the most to support our troops. That recognition meant more to me than any business recognition I had earned during my career. It also gave me insight into how much grit and determination it takes to develop and implement a program like the Veterans Club.

Jeremy may have made a mistake but I can tell you that he has given back much more than he has ever taken.

Sincerely,

Lawrence R. Johnston
Ljparis99@aol.com

# Construction Staking Solutions, Inc.

*GPS & Construction Layout Services*

Bradley Scot Heath
375 Normandy Heights Road
Taylorsville, KY 40071

November 11, 2024

The Honorable Gregory Van Tatenhove
US District Court
313 John C. Watts Federal Building
330 West Broadway
Frankfort, KY 40601

Subject: Character Reference for: Jeremy Harrell

Dear Judge Tatenhove,

My name is Scot Heath, I am a Civil Engineer and have owned my own business for 26 years. I am also a professional Horseman and student of the horse. I have had the pleasure of working with Jeremy Harrell for over 5 years, developing and facilitating our Equine Therapy Program for Veteran's Club.

I have witnessed first-hand Jeremy's commitment and desire to build a program that brings awareness to the struggles our Veterans face. I have also witnessed him giving freely of his person time helping those Veterans, sometimes at the expense of his own mental health.

Jeremy would typically show up an hour before the beginning of the Equine Program to prepare himself. In my opinion and what I witnessed, he needed this time to focus and become the centered individual those attending for the day needed. Jeremy would usually walk out alone with the horses in the pasture to pray and meditate. He sometimes would film a short video for social media, possibly to reach that one Veteran that was trying to decide whether to attend that day. When the folks started showing up, Jeremy would be present with them. Being with horses successfully requires you to be present and in the moment. Jeremy would talk with each person, helping them navigate being with the horses during the day. He would, in his words, peel the onion back a little to get out the real reason that person was anxious, sad, mad or hurting in some way. By the end of the

session, everyone, including Jeremy would be relaxed and smiling. Some would linger and be so relaxed that we allowed them to stay a bit longer. I witnessed this would be difficult for Jeremy and saw firsthand how this would affect him mentally. After everyone left, Jeremy and I would sit and reflect on the day. Several times I witnessed him almost having a seizure, I would compare it to somebody overwhelmed and needing to re-boot. Jeremy would pour everything he had for the day into those three hours. The many hours he dedicated to Veteran's Club and those he served became his therapy and healing.

Jeremy is responsible for creating a culture and an organization that has restored many Veterans' lives post service. He found a way to heal others and himself outside of the many programs created by the VA and other very large non-profit organizations. The motto he and others who founded Veteran's Club created: "Doing Life Together", shows observable results at every event.

Should you wish to discuss or gain further insights I have about Jeremy Harrell, please do not hesitate to reach out to me at 502-710-9274 or sheath@twc.com

Sincerely,

Bradley S. Heath

**CHARACTER REFERENCE LETTER FOR COURT**

Jay Elliott
43 Beth Drive
Brush, CO 80723


December 9, 2024

Dear, Honorable Gregory Van Tatenhove, District Judge

My name is Jay Elliott, and I am writing to offer a character reference for Jeremy Harrell, whom I have had the privilege of knowing for approximately nine years as a friend, and fellow disabled veteran of the US Army. With his court proceedings concerning theft of government funds related to disability benefits, I am compelled to share my observations of his character based on our interactions.

Throughout my acquaintance with Jeremy, he has consistently exhibited a character of integrity through his actions and contributions. A notable instance is his commitment to his non-profit organization and the people he has "reached" because of those contributions and commendable efforts.

I, for one, am personally and eternally grateful for this man of God, Jeremy Harrell. Because of him, I am in this court room today. I am literally alive because of Jeremy. I met Jeremy approximately nine years ago at a non-profit veteran organization in New Jersey, USA. Although we had never previously met, we somehow found each other amongst the noise, busyness, and chaos that is La Guardia Airport. We became fast friends and roomies during the weeklong program. Jeremy's kindness, sense of humor, and country drawl made him easily approachable. Our combat experiences are ('91 Desert Storm) 12 ('03 Invasion of Iraq) years apart, and I am Jeremy's senior by approximately 11 years, but I consider him my little brother. I lack the amazing leadership qualities that he does, so I look up to him, regardless of the age difference. One evening in New jersey, I had a nightmare and experienced some mental issues due to titration from VA prescribed psychotropic medication. Jeremy comforted me and contacted the appropriate on-call staff member. His ability to aid his "brother," allowed me to receive the necessary care needed to make a recovery. He also introduced me to non-profit organizations in Kansas and California, USA. Without Jeremy's guidance, friendship, fellowship, religious teachings, and all-around kindness... I would not be alive. I know this for a fact.

Jeremy has had such a profound effect on my life that; even though I live in Colorado, and they have never met him personally, my three kids and four grandkids know who "Uncle Jeremy" is.

The attributes Jeremy has shown in these endeavors not only affirm his positive character and value to the community **but also suggest that the accusations against him are uncharacteristic of his nature.**

It is my sincere hope that the court takes this letter into consideration. Understanding the serious nature of these charges, it's important to consider how the sentence could profoundly impact other veterans who are Individually Unemployable but want to volunteer their time to assist others. As a consequence of this case, I personally know two veterans who volunteer for the VA but are now worried about how much time they are helping other veterans. Volunteering too much time, especially while assisting fellow veterans, hardly seems like something that deserves any type of punishment or consequence. We could all only wish to be a man of integrity like Jeremy Harrell. We need so many more like him in this world.

I respectfully request the court to consider a sentence that reflects the humility of this man, Mr. Jeremy Harrell.

Should you require any further information or wish to discuss this matter in more detail, please do not hesitate to contact me.

Sincerely,

*Jay Elliott*

Jay Elliott
303-995-0895
Stormvet22@gmail.com