UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
FRANKFORT

**ELECTRONICALLY FILED**

UNITED STATES OF AMERICA                                PLAINTIFF

v.                          CRIMINAL ACTION NO. 3:23-CR-016-GFVT-01

JEREMY WAYNE HARRELL                                DEFENDANT

## NOTICE OF APPEAL

Notice is hereby given that Jeremy Wayne Harrell, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment (Doc. No. 68) entered in this action on December 17, 2024.

Respectfully submitted,

*John Casey McCall*
John Casey McCall
Attorney for Defendant Knipp
600 West Main Street, Suite 300
Louisville, Kentucky 40202
502-589-6190
cmccall@600mainlaw.com

## CERTIFICATE OF SERVICE

On December 23rd, 2024, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record.

*John Casey McCall*

John Casey McCall