PROB 12A
(Rev. 5/21)

**United States District Court**
**for the**
**Eastern District of Kentucky**

# Report on Person Under Supervision

Name of Person Under Supervision: Jeremy Wayne Harrell Case Number: 3:23-CR-016-KKC-01

Name of Sentencing Judicial Officer: The Honorable Karen K. Caldwell, U.S. District Judge
(Originally: Gregory F. Van Tatenhove)

Date of Original Sentence: December 9, 2024

Original Offense: Theft of Government Funds, in violation of 18 U.S.C. § 641

Original Sentence: 6-months imprisonment, 1-year supervised release

Type of Supervision: Term of Supervised Release Date Supervision Commenced: June 11, 2025

---

## NONCOMPLIANCE SUMMARY

The person under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The defendant's term of supervised release is scheduled to expire on June 10, 2026, but the Court-ordered restitution amount of $207,349.26 has not been paid in full. |

U.S. Probation Officer Action:

A total of $64,157.19 has been collected toward the defendant's Court-ordered restitution amount. A balance of $143,192.07 remains outstanding. It is noted that the defendant is ordered to begin making monthly installments of $100.00, to commence on March 1, 2028, according to the Amended Judgement & Commitment Order. It is respectfully recommended that the defendant's term of supervised release be allowed to expire as scheduled on June 10, 2026.

Respectfully submitted,

by

J. Thomas Daniel
U.S. Probation Officer
Date: June 9, 2026

RE: Harrell, Jeremy Wayne
Dkt. # 3:23-CR-016-KKC-01
Report on Offender Under Supervision

☒ Approved
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

**Signed By:**
***Karen K. Caldwell*** KKC
**United States District Judge**

June 10, 2026
Date