**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**FRANKFORT**

**CRIMINAL ACTION NO. 3:23-CR-16-KKC-MAS**
**(Civil Action No. 3:26-CV-43)**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **<u>UNITED STATES' RESPONSE REGARDING MOOTNESS</u>**

**JEREMY WAYNE HARRELL** **DEFENDANT**

* * * * *

The Court, in screening Jeremy Harrell's motion to vacate under 28 U.S.C. § 2255, ordered briefing on "the issue of mootness." [R. 151: Order at 2701.] Harrell responded. [R. 153: Response at 2704-08.] The government timely files this response "to any mootness arguments Harrell raise[d]." [R. 151: Order at 2701.] The government agrees, in this particular context, that Harrell's § 2255 motion is not moot.

Although the government is not arguing mootness, the government respectfully flags an additional topic that may warrant separate briefing: Harrell's currently pending direct appeal. *See Capaldi v. Pontesso*, 135 F.3d 1122, 1124 (6th Cir. 1998) (holding that a court is generally precluded from considering a § 2255 motion while a direct appeal is pending). While the government limits this response "to any mootness arguments" and does not "respond substantively to the petition's arguments," [R. 151: Order at 2701,] the government flags this distinct potential hurdle for separate briefing.

Respectfully submitted,

JASON D. PARMAN
FIRST ASSISTANT
UNITED STATES ATTORNEY

By: s/ James T. Chapman
James T. Chapman
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4804
James.Chapman2@usdoj.gov

CERTIFICATE OF SERVICE

On June 26, 2026, I electronically filed this response through the ECF system, and I mailed this response to:

Jeremy Wayne Harrell
1608 Overlook Circle
Shelbyville, KY 40065
*Pro Se Defendant*

s/ James T. Chapman
Assistant United States Attorney